# EXHIBIT 8

**AMERICAN ARBITRATION ASSOCIATION**

| | |
|---|---|
| TEX-ISLE SUPPLY, INC.,<br><br>Claimant,<br><br>and<br><br>TECNOTUBI S.P.A. and ALESSIO TUBI S.P.A.,<br><br>Respondents. | **Case No. 01-20-0015-5404** |

**CLAIMANT TEX-ISLE SUPPLY, INC.'S RESPONSIVE BRIEF ADDRESSING THE PRELIMINARY ISSUES IDENTIFIED IN PROCEDURAL ORDER NO. 1**

**KELLEY DRYE & WARREN LLP**
**515 Post Oak Blvd., Suite 900**
**Houston, TX 77027**
**(713) 355-5000**

***Attorneys for Claimant***
***Tex-Isle Supply, Inc.***

# TABLE OF CONTENTS


Page

I. INTRODUCTION ..... 1

II. FACTUAL BACKGROUND ..... 3

A. Factual Misrepresentations in Respondents' Opening Brief ..... 3

B. Negotiations of the Contract at Issue in This Arbitration ..... 6

C. Toyota Assigned Its Rights to Tex-Isle ..... 8

III. ARGUMENT ..... 9

A. The Toyota PO Is the Governing Contract ..... 9

1. Toyota's October 3 Email to Respondents Enclosing the Toyota PO Constituted a Counter-Offer ..... 10

2. Respondents Accepted the Toyota PO Through Their Words and Conduct ..... 12

B. The Tribunal Has Jurisdiction Over This Dispute ..... 14

C. The Assignment Agreement Is Valid and Enforceable ..... 16

IV. CONCLUSION ..... 19

# TABLE OF AUTHORITIES

**Page(s)**

**Cases**

*Alt. Tool Die Co. v. Klein Unformtechnik Gmbh*,
2008 U.S. DIst. LEXIS 140211 (N.D. Oh. Feb. 20, 2008) ....11

Austria Oberlandesgericht, 6 R 200/04F (March 23, 2005) (Unofficial translation) ....11, 12, 13

*Board of Educ. Of Northport-E. Northport Union Free Sch. Dist. V. Long Is. Power Auth.*,
130 A.D.3d 953 (2d Dep't 2015) ....18

*Elson v. Defren*,
283 A.D.2d 109 (1st Dep't 2001) ....16

*Filanto, S.p.A. v. Chilewich Int'l Corp.*,
789 F. Supp. 1229 (S.D.N.Y. 1992) ....13

Germany Oberlandesgericht, 16 U 25/06 (May 24, 2006) (Unofficial translation) ....11

**Other Authorities**

United Nations Convention on Contracts for the International Sale of Goods
Goods (Vienna, 1980) ("CISG"), Art. 1 ....10

CISG, Art. 18 ....12

CISG, Art. 19 ....1, 10, 12

Pursuant to Procedural Order No. 1, Tex-Isle Supply, Inc. ("Tex-Isle"), through its undersigned counsel, respectfully submits this Responsive Brief to address the following three issues that the Tribunal determined should be decided on a preliminary basis (the "Preliminary Issues"):

> A. Which document constitutes the governing contract for purposes of this arbitration: The Toyota Tsusho America, Inc. Purchase Order No. 20482387 (the "Toyota PO") or the Tecnotubi Contract No. S0001.19 (the "Tecnotubi Contract")?
>
> B. What is the effect, if any, of the answer to Issue A on the Tribunal's jurisdiction in this arbitration?
>
> C. Is the assignment agreement between Toyota Tsusho America, Inc. and Tex-Isle Supply, Inc. (attached as Exhibit C to the Notice of Arbitration) valid and enforceable as a matter of law? In answering this question, the parties should identify the law applicable to this question and explain why they believe it applies. To the extent the parties believe that the choice of applicable law depends on the Tribunal's answer to Issue A, the parties should address Issue C on the assumption that both the Toyota PO and the Tecnotubi Contract constitute the governing contracts.

## I.

## INTRODUCTION

Tex-Isle agrees with Respondents that: (1) the United Nations Convention on Contracts for the International Sale of Goods ("CISG") applies to the first Preliminary Issue concerning which document is the governing contract; and (2) Article 19 of the CISG codifies the "mirror image rule," under which a response to an offer that proposes materially different terms constitutes a rejection and counter-offer. Respondents' Opening Brief, however, misstates certain material facts surrounding the formation of the contract at issue, and altogether ignores others, and Respondents submitted no evidence whatsoever in support of their incorrect factual assertions. The uncontroverted documentary evidence, which Tex-Isle submits herewith, demonstrates that the Toyota PO was sent to Respondents in response to receiving the Tecnotubi

Contract and contains materially different terms. The delivery of the Toyota PO therefore constituted a rejection of the Tecnotubi Contract and a counter-offer.

The documentary evidence further demonstrates that Respondents accepted the Toyota PO through their words and conduct. Specifically, all documentation the parties exchanged concerning the contract—including the letter of credit, bill of lading, and a letter agreement—referenced the Toyota PO. None contained any reference whatsoever to the Tecnotubi Contract. Furthermore, Respondents separately expressed their acceptance of the Toyota PO by delivering the ordered pipe. Thus, there can be no serious dispute that the Toyota PO governs.

With respect to the second Preliminary Issue, regardless of which contract governs, the Tribunal has jurisdiction over this arbitration. Respondents do not dispute that this arbitration was properly constituted under the Toyota PO. They argue, however, that if the Tecnotubi Contract applies, the Tribunal lacks jurisdiction because the Tecnotubi Contract requires arbitration in Geneva, subject to Swiss jurisdiction. If the Tribunal were to determine that the Tecnotubi Contract governs, however, which it should not, Tex-Isle would agree that the place of this arbitration is Geneva and that the arbitration is subject to Swiss jurisdiction. Nothing in the Tecnotubi Contract precludes the arbitration of disputes thereunder with the AAA's International Centre for Dispute Resolution ("ICDR"). This arbitration would therefore fully comply with the Tecnotubi Contract's arbitration provision's only requirements.

Finally, Respondents' assertion that the assignment agreement between Tex-Isle and Toyota does not purport to assign rights under the Tecnotubi Contract, and is therefore invalid if the Tecnotubi Contract governs, ignores the assignment agreement's plain language. Toyota assigned to Tex-Isle its rights under the Toyota PO and "any and all … agreements that define

the parties' respective rights with respect to the purchase order."[1] The Tecnotubi Contract expressly references the Toyota PO and purports to define the parties' respective rights with respect thereto. While the Tecnotubi Contract does not govern, even if it did, Toyota assigned its rights thereunder to Tex-Isle.

## II.

## FACTUAL BACKGROUND

### A. Factual Misrepresentations in Respondents' Opening Brief

Respondents' Opening Brief contains numerous blatant misstatements of fact. They are not all material to the Preliminary Issues, but they are nonetheless relevant to this arbitration. We will therefore only briefly address the incorrect factual assertions in Respondents' Opening Brief that are easily and conclusively disproved by documentary evidence.

First, Respondents assert that "none of the purchase orders or contracts exchanged between Tecnotubi and Toyota expressed that the pipes were intended for the particular use in oil and gas pipelines."[2] This is false. Each of the purchase orders—including the Toyota PO at issue in this arbitration—required Respondents to deliver steel pipe that was manufactured in accordance with API-5L, 45th Edition specifications.[3] The API-5L, 45th Edition specifications are entitled "Specification for Line Pipe."[4] By their own terms, they are intended specifically for pipe that will be used in petroleum and natural gas pipelines:

---

[1] CX 17, Assignment Agreement, p. 1.

[2] Opening Br., p. 1. Respondents made a similar statement in their Answering Statements. They falsely assert that Tex-Isle's "claims are precluded due to its failure to specify the intended use of the subject pipe for a particular purpose." Tecnotubi Answer, p. 19; Alessio Answer, p. 19.

[3] *See e.g.* CX 11, p. 2.

[4] The API Specification 5L, 45th Edition is available for download online at http://nimaazmoon.com/download/api/API-5L-2013.pdf (last visited April 6, 2021).

> **1. Scope**
>
> This Standard specifies requirements for the manufacture of two product specification levels (PSL 1 and PSL 2) of seamless and welded steel pipes for use in pipeline transportation systems in the petroleum and natural gas industries.[5]

Respondents' assertion that the Toyota purchase orders did not express that the pipe was intended for use in oil and gas pipelines is therefore incorrect. Moreover, it is frankly absurd for Respondents to suggest that they were unaware of how API-5L pipe is used, considering that they specifically market and purport to manufacture and sell API-5L pipe.

Second, Respondents assert that Tex-Isle did not notify them that Tex-Isle coats the pipe it purchases with FBE before reselling it to end-user customers.[6] This, too, is false. Before Tex-Isle ever placed its first order with Respondents, Tex-Isle's President, Chris Kayem ("Mr. Kayem"), advised Respondents' representative, Maura Accini ("Ms. Accini"), as follows:[7]

**To:** Maura Accini[m.accini@tcbtubi.it]
**Cc:** Andy Mejia[amejia@texisle.com]
**From:** Chris Kayem[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=TEXISLE.ONMICROSOFT.COM-54719-CHRISKAYEM@TEXISLE.COM723]
**Sent:** Mon 5/28/2018 9:20:39 AM (UTC-05:00)
**Subject:** Re: R: R: R: Line Pipe API 5L

We will be coating this pipe with FBE and will be selling to upstream and midstream oil and gas companies for gathering lines and transportation lines.

We own our coating plant so our operators prefer to not have lacquer. When I refer to the stencil I am meaning the information such as head number, API number, etc. Because there will not be lacquer on the pipe we ask that some measure is taken to protect the information written on the pipe.

Chris

Accordingly, not only did Tex-Isle notify Respondents that it would coat the pipe before selling it on to third-party customers (as is industry custom), but by this correspondence (and others) Tex-Isle also specifically discussed with Respondents the intended purpose for the pipe.

---

[5] *Id.* at p. 1 (page 11 of 192 of the pdf).

[6] Opening Br., p. 1.

[7] CX 2.

Third, Respondents assert that "Alessio Tubi was not part of any of the negotiations between Tecnotubi and Toyota, nor was it mentioned anywhere on either the Tecnotubi Contract or the Toyota PO."[8] This, however, is misleading, at best. Ms. Accini represented to Tex-Isle that Tecnotubi and Alessio were two "branches" of the same group (*i.e.* the "Amenduni Group") and that Alessio is the only member of the group that manufactures the API 5L pipe that Tex-Isle sought to purchase. Specifically, Ms. Accini stated as follows:[9]

**To:** Andy Mejia[amejia@texisle.com]
**Cc:** Chris Kayem[chriskayem@texisle.com]
**From:** Maura Accini[m.accini@tcbtubi.it]
**Sent:** Fri 6/15/2018 9:55:13 AM (UTC-05:00)
**Subject:** R: Definitive offer of Line Pipe API 5L

Dear Andy, I called my colleague but in this moment his not in the office he will back soon.

Sorry for the confusion about Companies. Just to explain you better :

We are : GRUPPO AMENDUNI TUBI ACCIAIO (Amenduni Group).
The Group is composed by these branch :

- Tecnotubi company Spa (round carbon steel pipes);
- Alessio Tubi Spa (rectangular/square pipes and round pipes) in this moment they are the only one who can produce API 5L/5CT pipes because they have the valid certification.
- Zinchitalia (galvanized pipes)
- Antares (stockholders of seamles pipes).

Later on maura

Distinti Saluti/Best Regards/Gruesse
Maura Accini

GRUPPO AMENDUNI TUBI ACCIAIO
TECNOTUBI SPA
Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
Tel.+39 0309933231
Email :m.accini@tcbtubi.it
Webside : www.tecnotubi.amendunitubi.it

In another email, Ms. Accini stated "As I explained you Alessio is our branch. They are specific producer for big diameter."[10] Ms. Accini also confirmed that the pipe would bear

---

8 Opening Br., p. 3.

9 CX 4.

10 CX 3.

Alessio's stencil.[11] Ms. Accini, therefore, purported to negotiate with Tex-Isle on behalf of both Tecnotubi and Alessio.

### B. <u>Negotiations of the Contract at Issue in This Arbitration</u>

Importantly, Respondents have also materially misrepresented the chronology of the communications by which the Parties entered into the contract at issue in this arbitration. Critically, they ignore that Toyota *rejected* the Tecnotubi Contract and counter-offered with the Toyota PO, which Respondents accepted.[12]

Indeed, Respondents sent a draft contract to Tex-Isle on September 20, 2018.[13] Ms. Accini described this initial draft contract as an "official offer," but stated that she would "wait to know [the] name of [Tex-Isle's] trader."[14] On September 27, 2018, Todd Rae ("Mr. Rae"), of Toyota, emailed Ms. Accini and requested an "offer addressed to Toyota Tsusho America …"[15] In response, Ms. Accini sent Mr. Rae the Tecnotubi Contract that Respondents now argue governs.[16] Mr. Rae, however, did not accept Respondents' offer. Instead, on October 3, 2018, in direct response to receiving the Tecnotubi Contract, Mr. Rae emailed Ms. Accini the Toyota PO.[17]

Respondents do not dispute that the Tecnotubi Contract and the Toyota PO are materially different. Among other differences, the two documents contain different arbitration and choice-of-law provisions. The Tecnotubi Contract requires arbitration in Geneva and the application of

---

11 CX 5.

12 CX 11.

13 CX 8.

14 *Id.*

15 CX 9.

16 *Id.*

17 CX 11.

Swiss law, whereas the Toyota PO requires arbitration in New York and the application of New York law. Thus, the Toyota PO that Toyota delivered to Respondents on October 3, 2018 constituted a rejection of the Tecnotubi Contract and a counter-offer, not an acceptance.

Respondents, on the other hand, never rejected or objected to the Toyota PO. Instead, Ms. Accini thanked Mr. Rae for sending the Toyota PO, stating that she "needed for the bank."[18] Additionally, all subsequent documentation relating to the contract referenced the Toyota PO and contained no reference at all to the Tecnotubi Contract. In fact, the same day Mr. Rae sent Ms. Accini the Toyota PO, he also sent her a revised letter of credit.[19] The letter of credit specifically stated that "TOYOTA TSUSHO AMERICA INC PO NO. 20482387 OP MUST APPEAR ON ALL DOCUMENTS."[20] The letter of credit made no reference whatsoever to the Tecnotubi Contract. Mr. Rae asked Ms. Accini to "review and approve" the letter of credit and advised that Toyota would open up the letter of credit once she did.[21] Ms. Accini reviewed and approved the letter of credit and confirmed that it was completed correctly:

**To:** Todd Rae[Todd_Rae@taiamerica.com]
**Cc:** Andy Mejia[amejia@texisle.com]; Robert Smithey[rsmithey@texisle.com]
**From:** Maura Accini[m.accini@tcbtubi.it]
**Sent:** Thur 10/4/2018 10:44:20 AM (UTC-05:00)
**Subject:** R: TAI PO for Tecnotubi / Tex-Isle Supply

Don't worry.
Everything is a correct anyway!
Sure they will give me the confirmation, you did everything in the correct way.
No problem at all!
Thanks for your job,
maura
Distinti Saluti/Best Regards/Gruesse
Maura Accini
GRUPPO AMENDUNI TUBI ACCIAIO
TECNOTUBI SPA
Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
Tel.+39 0309933231
Email :m.accini@tcbtubi.it
Webside : www.tecnotubi.amendunitubi.it

18 CX 13.

19 CX 10.

20 *Id.* at p. 6.

21 CX 10.

Additional documentation between the parties likewise references the Toyota PO and not the Tecnotubi Contract. For example, the bill of lading that accompanied the pipe when it was delivered expressly referenced the Toyota PO.[22] Furthermore, when the parties resolved an issue that arose relating to defective bevels, they entered into a letter agreement that expressly referenced the Toyota PO, with no reference at all to the Tecnotubi Contract.[23]

Respondents delivered the pipe in March and April 2019. Consistent with Tex-Isle's prior statements to Respondents, Tex-Isle coated and resold much of the pipe to its end-user customers. As summarized in Tex-Isle's Demand for Arbitration, Tex-Isle received multiple reports from its customers that Respondents' pipe failed hydrostatic testing in the field.[24] Tex-Isle also commissioned an independent third party company to perform a UT inspection of the weld line on all of the remaining pipe in Tex-Isle's yard. That testing revealed that large quantities of the pipe did not meet the contract specifications.[25]

### C. <u>Toyota Assigned Its Rights to Tex-Isle</u>

Tex-Isle was the intended beneficiary of the contracts that Toyota entered into with Respondents, including the Toyota PO. Indeed, Respondents acknowledge in their Opening Brief that their business relationship was directly with Tex-Isle and that Toyota merely acted as "an intermediary broker."[26] Tex-Isle negotiated the price of the pipe and provided Respondents with its own detailed specifications—HOU-PUR-STD-004 Rev. 7—which were later

---

[22] CX 16.

[23] CX 15. While Respondents baselessly asserts that the Claim Settlement precludes Tex-Isle's claims here, the Claim Settlement expressly states that "nothing in this agreement negates any manufacturer warranty or international guarantee to which Tecnotubi is committed with respect to the integrity or use of the material or products." Thus, on its face, it does not preclude Tex-Isle's claims in this arbitration.

[24] Demand, ¶¶ 26-45

[25] *Id.* at ¶¶ 46-48.

[26] Opening Br., p. 1.

incorporated by reference into the Toyota PO.[27] Before Tex-Isle placed its first order with Respondents, Tex-Isle introduced them to Toyota's Mr. Rae, stating that "Mr. Rae has represented Tex-Isle on multiple transactions as our Trader and we look forward to working together again on this order."[28]

Tex-Isle and Toyota entered into an Assignment Agreement, dated October 28, 2020 ("Assignment Agreement"), under which Toyota assigned all of its rights relating to the pipe order at issue to Tex-Isle.[29] Specifically, Toyota irrevocably assigned to Tex-Isle "all rights, title and interest that TAI may have or hold as against Alessio and/or Tecnotubi relating to and concerning the Tecnotubi Order and ERW Steel Pipe sold by Tecnotubi and/or Alessio to TAI thereunder."[30] The Assignment Agreement defines "Tecnotubi Order" broadly as the Toyota PO "including any and all communications and agreements that define the parties' respective rights with respect to the purchase order."[31]

## III.

## ARGUMENT

### A. The Toyota PO Is the Governing Contract

The documentary evidence of the formation of the contract at issue in this arbitration demonstrates that Toyota's October 3, 2018 email enclosing the Toyota PO constituted a counter-offer that Respondents subsequently accepted. Respondents communicated their acceptance of the Toyota PO through words and conduct, including by: (1) thanking Toyota for sending the counter-offer and not objecting to the proposed terms; (2) referencing the Toyota PO

---

[27] CX 1, pp. 10-13; CX 11, p. 2.

[28] CX 7.

[29] CX 17.

[30] *Id.* at 1.

[31] *Id.*

on all subsequent documentation relating to the contract; and (3) performing the contract (albeit deficiently).

### 1. Toyota's October 3 Email to Respondents Enclosing the Toyota PO Constituted a Counter-Offer

The CISG applies to contracts for the sale of goods between parties whose places of business are in different countries and those countries are parties to the CISG.[32] Both the United States and Italy have signed and adopted the CISG.[33] Because the contract at issue was entered into between a U.S. company on the one hand (i.e., Toyota) and Italian companies on the other (i.e., Respondents), the parties agree that the CISG applies.

Article 19 of the CISG governs the circumstances under which a reply to an offer constitutes a rejection and counter-offer, as opposed to an acceptance. Specifically, Article 19(1) provides that "[a] reply to an offer which purports to be an acceptance but contains additions, limitations or other modifications is a rejection of the offer and constitutes a counter-offer."[34] Article 19(2) provides that "a reply to an offer which purports to be an acceptance but contains additional or different terms which do not materially alter the terms of the offer constitutes an acceptance," unless the offeror objects. Tex-Isle agrees with Respondents that Article 19 codifies the "mirror image rule"—also known as the "last shot doctrine"—under which a response to an offer that contains materially different proposed terms constitutes a rejection and

32 CLA 7, CISG, Art. 1(1)(a).

33 United Nationals Commission on International Trade Law, Status: United Nations Convention on Contracts for the International Sale of Goods (Vienna, 1980) (CISG), available online at https://uncitral.un.org/en/texts/salegoods/conventions/sale_of_goods/cisg/status (last visited March 18, 2021).

34 CLA 7, CISG, Art. 19(1).

counter-offer.[35] Furthermore, under Article 19(3) of the CISG, terms relating to "the settlement of disputes are considered to alter the terms of the offer materially."

The email communications here demonstrate that the Toyota PO, which Toyota sent to Respondents by email on October 3, 2018, was materially different than the Tecnotubi Contract, to which it responded. Toyota's delivery of the Toyota PO, therefore, constituted a rejection of the Tecnotubi Contract and counter-offer, which Respondents subsequently accepted.

Indeed, on September 27, 2018, Toyota requested an offer from Respondents, stating: "At your earliest convenience, please email an offer addressed to Toyota Tsusho America … ."[36] Respondents responded with an email attaching the Tecnotubi Contract.[37] Respondents' email enclosing the Tecnotubi Contract, therefore, plainly constituted an offer by Respondents that Toyota was free to accept or reject.

Toyota responded by email dated October 3, 2018, attaching the Toyota PO, which expressly states that:[38]

> By accepting this Purchase Order, Supplier acknowledges that it has read and accepted Buyer's terms and conditions of purchase as set forth and available at http://www.taiamerica.com/related-links/.

Respondents do not dispute that the Toyota PO's terms are materially different than the Tecnotubi Contract's terms.[39] Among other things, the Tecnotubi Contract requires arbitration in Geneva, Switzerland, whereas the Toyota terms and conditions require arbitration in New

---

35 *See e.g*. CLA 6, Germany Oberlandesgericht, 16 U 25/06 (May 24, 2006) (Unofficial translation); CLA 2, Austria Oberlandesgericht, 6 R 200/04F (March 23, 2005) (Unofficial translation); CLA 1, *Alt. Tool Die Co. v. Klein Unformtechnik Gmbh*, 2008 U.S. DIst. LEXIS 140211, at *20 n. 8 (N.D. Oh. Feb. 20, 2008) ("The CISG incorporates the common law mirror image rule, where a response to an offer which does not mirror the offer's terms constitutes a rejection and counteroffer.").

36 CX 9.

37 *Id*.

38 CX 11, p. 2.

39 Opening Br., p. 9.

York.[40] Under the CISG, terms relating to the "the settlement of disputes" are *per se* material.[41] Pursuant to Article 19 of the CISG, Toyota's email attaching the Toyota PO, therefore, constituted a rejection of the Tecnotubi Contract and a counter-offer.

#### 2. Respondents Accepted the Toyota PO Through Their Words and Conduct

Furthermore, Respondents conveyed unequivocal acceptance of the Toyota PO through their words and by their conduct, including by, among other things, (i) thanking Toyota for sending it and not objecting to its terms, (ii) including the Toyota PO on all subsequent documentation relating to the order, and (iii) dispatching the goods. Under Article 18 of the Vienna Convention, "conduct of the offeree indicating assent to an offer is an acceptance."[42] Additionally, "the offeree may indicate assent by performing an act, such as one relating to the dispatch of the goods … ."[43]

In a 2005 decision, an Austrian Appellate Court held that a buyer's conduct constituted an acceptance of the seller's terms and conditions under the CISG where, after the parties exchanged their respective terms and conditions, their correspondence uniformly referenced the seller's terms and not the buyer's.[44] Under the facts of that case, the buyer placed an order with the seller on April 10, 2002 that purported to be subject to the buyer's standard terms of purchase and delivery. The seller responded the next day with an order confirmation that referred to the seller's own standard terms of sale and delivery. The court found that the seller's terms were materially different than the buyer's and, thus, constituted a counter-offer under Article 19(1) of

---

40 CX 9, p 4; CX 12, p. 3.

41 CLA 7, CISG, Art. 19(3).

42 CLA 7, CISG, Art. 18(1).

43 CLA 7, CISG, Art. 18(3).

44 CLA 2, Austria Oberlandesgericht, 6 R 200/04F (March 23, 2005) (Unofficial translation).

the CISG.[45] The court found that the buyer accepted the seller's counter-offer because: (1) in subsequent correspondence the buyer never referred to its own terms and conditions; and (2) the buyer partially performed the contract. The court therefore concluded that "it must be assumed that [buyer] impliedly accepted [seller]'s counter-offer of 11 April 2002."[46]

The U.S. District Court for the Southern District of New York's decision in *Filanto, S.p.A. v. Chilewich Int'l Corp.*, 789 F. Supp. 1229 (S.D.N.Y. 1992) is also instructive. There, the court held that an offeree's conduct constituted an acceptance of a counter-offer under Article 18 of the CISG where, among other things, "the Letter of Credit [the offerror] furnished [the offeree] *itself* mentioned the … Contract."[47]

Here, Respondents' conduct after receiving Toyota's October 3, 2018 counter-offer conveyed unequivocal acceptance. As an initial matter, Respondents never rejected the counter-offer. Rather, Respondents thanked Toyota for sending it.[48] Furthermore, the same day Toyota made its counter-offer, it sent Respondents a letter of credit and asked Respondents to "review and approve" it.[49] The letter of credit expressly stated that "TOYOTA TSUSHO AMERICA INC PO NO. 20482387 OP MUST APPEAR ON ALL DOCUMENTS," and made no mention of the Tecnotubi Contract.[50] The next day Respondents' representative affirmed that "everything is correct" in the letter of credit and that Toyota "did everything in the correct way" in preparing

---

45 *Id*. at para. 4.1.

46 *Id*.

47 CLA 5, *Filanto, S.p.A. v. Chilewich Int'l Corp.*, 789 F. Supp. 1229, 1240 (S.D.N.Y. 1992) (emphasis in original).

48 CX 13.

49 CX 10.

50 CX 10, p. 6.

the letter of credit.[51] Respondents, therefore, expressly approved the letter of credit, including its reference to the Toyota PO.

Respondents also performed the contract by delivering the pipe. The delivery included a bill of lading that specifically referenced "Toyota Tsusho America Inc. PO No. 20482387," and similarly made no mention of the Tecnotubi Contract.[52] The letter agreement the parties executed in July 2019 likewise referred to the Toyota PO, and made no reference to the Tecnotubi Contract.[53] Thus, the parties consistently referenced the Toyota PO in their correspondence and documentation relating to the contract and made no reference at all to the document that Respondents now contend is the governing contract.

The parties generally agree on the governing law, including that Article 19 applies and codifies the mirror image rule. Respondents simply misrepresent and ignore the material facts surrounding the parties' formation of the contract. The uncontroverted documentary evidence demonstrates that the Toyota PO was sent in response to the Tecnotubi Contract and that Respondents conveyed their acceptance through their words and conduct—including by delivering the goods. The Toyota PO is therefore unquestionably the governing contract.

### B. <u>The Tribunal Has Jurisdiction Over This Dispute</u>

The second Preliminary Issue the Tribunal asked the parties to address is what effect, if any, does the Tribunal's determination as to which contract governs have on the Tribunal's jurisdiction in this arbitration. Because this arbitration was properly constituted under either the Toyota PO or the Tecnotubi Contract, the Tribunal has jurisdiction regardless of which document constitutes the governing contract.

---

[51] CX 14.

[52] CX 16.

[53] CX 15.

As set forth above, the Toyota PO governs. The Toyota PO incorporates into it Toyota's terms and conditions of purchase, which provides that:[54]

> Any controversy or claim arising out of or relating to this contract, or the breach thereof, shall be settled by arbitration in the City of New York, New York, in accordance with the Commercial Rules of the American Arbitration Association and judgment upon the award rendered by the Arbitrator(s) may be entered in any court having jurisdiction thereof.

This arbitration was properly constituted with the AAA under the governing arbitration provision.

Furthermore, even assuming *arguendo* that the Tecnotubi Contract governs, which it does not, the Tribunal nonetheless has jurisdiction. Respondents argue that the Tecnotubi Contract "expressly calls for arbitration under Swiss jurisdiction, such as the Swiss Chambers' Arbitration Institution or the WIP Arbitration and Mediation Center."[55] The Tecnotubi Contract, however, does not require that arbitration be conducted through any particular arbitral institution, nor does it require the application of any particular arbitral rules. It merely provides that disputes "shall be settled in accordance with Swiss law and Swiss jurisdiction," and "the place of arbitration will be Geneva."[56]

Under the ICDR Rules, the Tribunal has the power to determine the place of arbitration if the parties do not agree.[57] Here, if the Tribunal were to determine that the Tecnotubi Contract governs, it could also determine that the place of this arbitration is Geneva and that Swiss law applies. In fact, if the Tribunal were to determine that the Tecnotubi Contract governs, Tex-Isle

---

54 CX 12, p. 3.

55 Opening Br., p. 11.

56 CX 9, p. 4.

57 International Dispute Resolution Procedures, Rule 19(1) (amended March 1, 2021), available at https://www.icdr.org/sites/default/files/document_repository/ICDR_Rules_0.pdf?utm_source=icdr-website&utm_medium=rules-page&utm_campaign=rules-intl-update-1mar.

would agree that Geneva is the place of this arbitration.[58] Furthermore, because the place of arbitration would be Geneva, the arbitration would also be subject to Swiss jurisdiction. The requirements of the arbitration agreement in the Tecnotubi Contract would therefore be satisfied if the Tribunal determines that the Tecnotubi Contract governs.

### C. The Assignment Agreement Is Valid and Enforceable

The final Preliminary Issue the Tribunal asked the parties to address is whether the Assignment Agreement between Toyota and Tex-Isle is valid and enforceable as a matter of law. The Tribunal also instructed that to the extent the choice of applicable law depends on which document is the governing contract, the parties should address the validity and enforceability of the assignment on the assumption that both the Toyota PO and the Tecnotubi Contract constitute the governing contract. Here, the Assignment Agreement is enforceable regardless of which contract governs.

"The first step in any case presenting a potential choice of law issue is to determine whether there is an actual conflict between the laws of the jurisdictions involved."[59] Where no conflict exists "there is no reason to engage in a choice of law analysis."[60] Respondents argue that "[r]egardless of whether Swiss law or New York law applies, rights to a contract or a legal claim are generally assignable unless there is contractual or other legal prohibition."[61] They also do not identify any contractual or legal prohibition under New York or Swiss law that would preclude the assignment. Thus, they "agree that Toyota has the general ability to assign its rights

---

58 The ICDR Rules also provide that regardless of the place of arbitration, the Tribunal "may meet at any location it deems appropriate for any purpose, including to conduct hearings, hold conferences [etc.]." Thus, even if the place of arbitration was Geneva, the Tribunal could decide to hold hearings elsewhere.

59 CLA 4, *Elson v. Defren*, 283 A.D.2d 109, 114 (1st Dep't 2001).

60 *Id.*

61 Opening Br., p. 11.

to a third-party."[62] Based on Respondents' concessions, there is no need to engage in a conflict of law analysis.

Respondents also do not argue that the Assignment Agreement is invalid or unenforceable if the Toyota PO governs. Their only argument concerning the validity of the Assignment Agreement is that it is not broad enough to assign Toyota's rights under the Tecnotubi Contract *if* the Tribunal determines that the Tecnotubi Contract governs. Respondents' argument, however, ignores the Assignment Agreement's plain language, under which Toyota assigned all of its rights to Tex-Isle regardless of which document is the governing contract.

Indeed, Toyota irrevocably assigned to Tex-Isle "all rights, title and interest" that Toyota had relating to or concerning "the Tecnotubi Order."[63] The Assignment Agreement defines the "Tecnotubi Order" broadly to include not only the Toyota PO, but also "any and all communications *and agreements* that define the parties' respective rights with respect to the purchase order."[64] Even assuming *arguendo* that the Tecnotubi Contract governs (it does not), Toyota's rights under the Tecnotubi Contract would fall squarely within the rights Toyota assigned to Tex-Isle. The Tecnotubi Contract expressly identifies "Toyota Tsusho America, Inc. – PO #20482387."[65] It therefore purports to be an agreement that "defines the parties' respective rights with respect to the purchase order" under the Assignment Agreement. While the Tecnotubi Contract does not govern for the reasons set forth in Section III.A. above, even if it did, Tex-Isle stands in the shoes of Toyota under that contract.

---

[62] *Id.*

[63] CX 17, p. 1.

[64] *Id.*

[65] CX 9, p. 2.

It is also worth noting that in addition to the rights Tex-Isle acquired from Toyota under the Assignment Agreement, Tex-Isle also has direct claims against Respondents based on their failure to deliver pipe that meets the agreed upon specifications. Under New York law, a non-party to a contract may sue for breach as a third-party beneficiary where (1) a valid and binding contract exists, (2) the contract was intended for the non-party's benefit, and (3) the benefit is sufficiently immediate, rather than incidental.[66] Furthermore, "[i]n determining third party beneficiary status, it is permissible for the court to look at the surrounding circumstances as well as the agreement, and the obligation to perform to the third party beneficiary need not be expressly stated in the contract."[67]

Here, there can be no serious dispute that the contract at issue was negotiated and entered into for Tex-Isle's benefit. Indeed, Respondents admit in their Opening Brief that Toyota was merely an intermediary, stating: "On or about June 2018, Tex-Isle placed its first order of steel pipe with Tecnotubi, using Toyota Tsusho America Inc. ('Toyota') as an intermediary broker, when the parties entered into their first purchase order for the sale of steel pipe."[68] They further admit that their business relationship was with Tex-Isle, not Toyota.[69] Indeed, the Tecnotubi Contract that Respondents assert governs, expressly identifies Tex-Isle as the "customer":[70]

---

66 CLA 3, *Board of Educ. Of Northport-E. Northport Union Free Sch. Dist. V. Long Is. Power Auth.*, 130 A.D.3d 953 (2d Dep't 2015).

67 *Id.*

68 Opening Br., p. 1.

69 *Id.*

70 CX 9, p. 2.

Contract No : S001.19
Buyer : Toyota Tsusho America, Inc – PO #20482387
Customer : Tex-Isle Sypply, Inc. – PO #30107

Respondents were also well-aware of how the pipe was going to be used. Before Tex-Isle placed its first order, it told Respondents that it "will be coating the pipe with FBE and will be selling it to upstream and midstream oil and gas companies for gathering lines and transportation lines."[71] The contract was plainly negotiated and entered into for the intended benefit of Tex-Isle. Accordingly, Tex-Isle has a direct claim against Respondents based on its failure to deliver pipe in accordance with the agreed upon specifications.

**IV.**

**CONCLUSION**

For the reasons set forth above, Tex-Isle respectfully requests that the Tribunal issue a partial award determining that (1) the Toyota PO is the governing contract, (2) the arbitration was properly constituted, and (3) the Assignment Agreement is valid and enforceable. Additionally, because Respondents so blatantly misrepresented and ignored facts, Tex-Isle respectfully requests that the Tribunal award Tex-Isle the attorneys' fees it incurred, and will occur, addressing the Preliminary Issues.

---

[71] CX 2.

Dated: New York, New York
April 13, 2020

Respectfully submitted,

KELLEY DRYE & WARREN LLP

By: ______________________________

William C. Petit
515 Post Oak Blvd., Suite 900
Houston, TX 77027
Tel.: (713) 355-5000

Levi M. Downing
3 World Trade Center
New York, New York 10007
Tel.: (212) 808-7800

*Attorneys for Claimant*
*Tex-Isle Supply, Inc.*

**AMERICAN ARBITRATION ASSOCIATION**

| | |
|---|---|
| TEX-ISLE SUPPLY, INC.,<br><br>Claimant,<br><br>and<br><br>TECNOTUBI S.P.A. and ALESSIO TUBI S.P.A.,<br><br>Respondents. | **Case No. 01-20-0015-5404** |

**CLAIMANT TEX-ISLE SUPPLY, INC.'S DOCUMENTARY EXHIBITS TO RESPONSIVE BRIEF ADDRESSING THE PRELIMINARY ISSUES IDENTIFIED IN PROCEDURAL ORDER NO. 1**

**KELLEY DRYE & WARREN LLP**
**515 Post Oak Blvd., Suite 900**
**Houston, TX 77027**
**(713) 355-5000**

***Attorneys for Claimant***
***Tex-Isle Supply, Inc.***

# CX 1

**To:** Maura Accini[m.accini@tcbtubi.it]
**Cc:** Chris Kayem[chriskayem@texisle.com]; Alejandro Martinez[amartinez@texisle.com]
**From:** Andy Mejia[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=26282A21B42D49A3B6FF9F90BFABE492-AMEJIA]
**Sent:** Mon 5/28/2018 10:11:13 AM (UTC-05:00)
**Subject:** RE: R: R: Line Pipe API 5L
HOU-PUR-STD-004 API 5L PSL2 Rev 7 Line Pipe Mill Rolling.pdf

Hello Maura,
The attached line pipe specification should answer the majority of your technical questions.
We will look forward to the phone call tomorrow.
Kind regards,
Andy Mejia, Commercial Sales Director
Tex-Isle Supply, Inc.
10000 Memorial Drive Ste. 600
Houston, Texas 77024
Main: 713-461-1012
Direct: 713-400-7712
Cell: 281-830-3397
amejia@texisle.com
www.texisle.com

**From:** Maura Accini <m.accini@tcbtubi.it>
**Sent:** Monday, May 28, 2018 9:08 AM
**To:** Chris Kayem <chriskayem@texisle.com>
**Cc:** Andy Mejia <amejia@texisle.com>
**Subject:** R: R: R: Line Pipe API 5L
Hi Chris,
Can you just explain me what you mean with “some protective coating only on the stencil”? What is it stencil? The heat number stamped or the welding line?
Normally when we ship the pipes by see we lacquered them to avoid the rust.
Can you tell me what is the end use of these pipes?
Distinti Saluti/Best Regards/Gruesse
Maura Accini
GRUPPO AMENDUNI TUBI ACCIAIO
TECNOTUBI SPA
Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
Tel.+39 0309933231
Email :m.accini@tcbtubi.it
Webside : www.tecnotubi.amendunitubi.it

**Informativa sulla privacy d.lgs 196/03.**
Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all' art. 7 del D-LG 196/03, Lei volesse decidere l'eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.
Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.
You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.
For further information, contact our firm to the above mentioned address.

**Da:** Chris Kayem <chriskayem@texisle.com>
**Inviato:** lunedì 28 maggio 2018 16:02
**A:** Maura Accini <m.accini@tcbtubi.it>
**Cc:** Andy Mejia <amejia@texisle.com>
**Oggetto:** Re: R: R: Line Pipe API 5L
Hi Maura, I apologize, I did not realize Monday is a national holiday (Memorial Day). Would you be able to have the call tomorrow at the same time?
Chris
On May 28, 2018, at 8:12 AM, Maura Accini <m.accini@tcbtubi.it> wrote:

Dear Chris,

I think I will be able to call you around 09:30, Houston time.
Hear you later on,
regards

Distinti Saluti/Best Regards/Gruesse
Maura Accini
GRUPPO AMENDUNI TUBI ACCIAIO
TECNOTUBI SPA
Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
Tel.+39 0309933231
Email :m.accini@tcbtubi.it
Webside : www.tecnotubi.amendunitubi.it

**Informativa sulla privacy d.lgs 196/03.**
Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all' art. 7 del D-LG 196/03, Lei volesse decidere l'eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.
Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.
You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.
For further information, contact our firm to the above mentioned address.

---

**Da:** Chris Kayem <chriskayem@texisle.com>
**Inviato:** venerdì 25 maggio 2018 19:17
**A:** Maura Accini <m.accini@tcbtubi.it>
**Cc:** Andy Mejia <amejia@texisle.com>
**Oggetto:** RE: R: Line Pipe API 5L

We have a line pipe spec I will have our quality manager send to you. Hopefully that should answer most of your questions. Let me know what time you would like to talk on Monday.
Chris

---

**From:** Maura Accini <m.accini@tcbtubi.it>
**Sent:** Friday, May 25, 2018 10:48 AM
**To:** Chris Kayem <chriskayem@texisle.com>
**Cc:** Andy Mejia <amejia@texisle.com>
**Subject:** R: R: Line Pipe API 5L

Dear Chris,
Do you have some more requirement for the logistic?
Maybe Monday during my meeting it will be necessary to talk by phone for some details.
Thanks for your availability.
If I don't here you again today,
I wish you a good week end.
regards

Distinti Saluti/Best Regards/Gruesse
Maura Accini
GRUPPO AMENDUNI TUBI ACCIAIO
TECNOTUBI SPA
Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
Tel.+39 0309933231
Email :m.accini@tcbtubi.it
Webside : www.tecnotubi.amendunitubi.it

**Informativa sulla privacy d.lgs 196/03.**
Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all' art. 7 del D-LG 196/03, Lei volesse decidere l'eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.
Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.
You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.
For further information, contact our firm to the above mentioned address.

**Da:** Chris Kayem <chriskayem@texisle.com>
**Inviato:** venerdì 25 maggio 2018 17:04
**A:** Maura Accini <m.accini@tcbtubi.it>
**Cc:** Andy Mejia <amejia@texisle.com>
**Oggetto:** Re: R: Line Pipe API 5L

Hi Maura, I am sorry I missed your call.
Our preference is NO mill lacquer. We would like some protective coating only on the stencil but no coating on the pipe. Any improvement on delivery would be appreciated.
Please let me know if you would still like to have a call and I can make myself available.
Chris
On May 25, 2018, at 9:56 AM, Maura Accini <m.accini@tcbtubi.it> wrote:

Dear Chris,
I tried to contact you by phone but it was the voicemail so I write to you.
We are considering your proposal about the price and to send you a definitive offer. We are arranging the plan of production to grant you a correct delivery.
Monday I will meet with my colleague to put in order the plan of delivery and then I will be able to send you our official and detail offer.
I would need to ask you if the pipes need to be lacquered or not. This will influence a little bit the delivery time.
Waiting for your kind reply, I remain at disposal if you would like to call me.
regards

Distinti Saluti/Best Regards/Gruesse
Maura Accini
GRUPPO AMENDUNI TUBI ACCIAIO
TECNOTUBI SPA
Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
Tel.+39 0309933231
Email :m.accini@tcbtubi.it
Webside : www.tecnotubi.amendunitubi.it

**Informativa sulla privacy d.lgs 196/03.**
Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all' art. 7 del D-LG 196/03, Lei volesse decidere l'eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.
Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.
You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.
For further information, contact our firm to the above mentioned address.

**Da:** Chris Kayem <chriskayem@texisle.com>
**Inviato:** martedì 22 maggio 2018 21:05
**A:** Maura Accini <m.accini@tcbtubi.it>
**Cc:** Andy Mejia <amejia@texisle.com>
**Oggetto:** RE: Line Pipe API 5L

Thank you Maura,
Two more questions?

1. Would you please consider reducing the price by $20 per metric ton?
2. Are you able to make **Diam:** 339,725 x **Thickness:** 8,382 **Grade:** J55 (API 5CT)

Chris

**From:** Maura Accini <m.accini@tcbtubi.it>
**Sent:** Tuesday, May 22, 2018 11:11 AM
**To:** Chris Kayem <chriskayem@texisle.com>
**Cc:** Andy Mejia <amejia@texisle.com>
**Subject:** R: Line Pipe API 5L

Dear Chris,
Sure, take your time to check the quote. I would need an answer or consideration later on Tuesday 24th.
About 76,2 x 7,62 I understand you still looking for API 5L pipes and unfortunately we can't produce it.
Our API range starts from 4".
In our range we have diam. 76,1 x 7,1 EN10217/EN10219 .
You are welcome
Maura

Distinti Saluti/Best Regards/Gruesse
Maura Accini
GRUPPO AMENDUNI TUBI ACCIAIO
TECNOTUBI SPA
Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
Tel.+39 0309933231
Email :m.accini@tcbtubi.it
Webside : www.tecnotubi.amendunitubi.it

---

**Informativa sulla privacy d.lgs 196/03.**
Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all' art. 7 del D-LG 196/03, Lei volesse decidere l'eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.
Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.
You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.
For further information, contact our firm to the above mentioned address.

---

**Da:** Chris Kayem <chriskayem@texisle.com>
**Inviato:** martedì 22 maggio 2018 17:47
**A:** Maura Accini <m.accini@tcbtubi.it>
**Cc:** Andy Mejia <amejia@texisle.com>
**Oggetto:** RE: Line Pipe API 5L

Hello, Maura, thank you for the quote. Please give us a day to review and get back with you tomorrow.
In the meantime, are you able to produce the size **diam:** 76,2 x **thickness:** 7,62?
Thank you,
Chris

---

**From:** Maura Accini <m.accini@tcbtubi.it>
**Sent:** Monday, May 21, 2018 11:22 AM
**To:** Chris Kayem <chriskayem@texisle.com>
**Cc:** Andy Mejia <amejia@texisle.com>
**Subject:** Line Pipe API 5L

Dear Chris,
as I promised you here my offer for :

| Line Pipe API 5 L | diam. | Thickness | Metric Tons |
|---|---|---|---|
| 25,000' – 6 5/8"x.219 X52 PSL2 PEB DRL ERW | 168,3 | 5,56 | 200mt |
| 125,000' – 6 5/8"x.280 X52 PSL2 PEB DRL ERW | 168,3 | 7,11 | 1,200mt |
| 100,000' – 8 5/8"x.250 X52 PSL2 PEB DRL ERW | 219,1 | 6,35 | 1,000mt |
| 50,000' – 8 5/8"x.322 X52 PSL2 PEB DRL ERW | 219,1 | 8,18 | 650mt |
| 50,000' – 10 ¾"x.250 X52 PSL2 PEB DRL ERW | 273 | 6,35 | 650mt |
| 25,000' – 12 ¾"x.375 X52 PSL2 PEB DRL ERW | 323,9 | 9,52 | 375mt |

total 4.075 Metric Tons

**Term of payment**: L/C at sight
**Delivery time** : 180 days from L/C date
**Option 1) :** 1.050 USD/Metric Ton
Condition of delivery : CFR Houston Port break bulk
**Option 2)** : 950 USD/Metric Ton
Condition of delivery : FAS Port of Genova.
Offer validity : 3 days.
Waiting for your kind consideration,
Regards
Maura

Distinti Saluti/Best Regards/Gruesse
Maura Accini
GRUPPO AMENDUNI TUBI ACCIAIO
TECNOTUBI SPA
Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
Tel.+39 0309933231
Email :m.accini@tcbtubi.it
Webside : www.tecnotubi.amendunitubi.it

**Informativa sulla privacy d.lgs 196/03.**
Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all' art. 7 del D-LG 196/03, Lei volesse decidere l'eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.
Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.
You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.
For further information, contact our firm to the above mentioned address.

**Da:** Chris Kayem <chriskayem@texisle.com>
**Inviato:** venerdì 18 maggio 2018 14:13
**A:** Maura Accini <m.accini@tcbtubi.it>
**Cc:** Andy Mejia <amejia@texisle.com>
**Oggetto:** Re: R: Tecnotubi Company - Visit tube 2018

Thank you Maura. No problem at all. We will await your reply.
Chris
On May 18, 2018, at 6:51 AM, Maura Accini <m.accini@tcbtubi.it> wrote:

> Dear Chris,
> sorry about the delay.
> We are talking about a significant quantity and I taken time to verify all the information and technical details.
> Without a doubt at the beginning of next week I will reply to you.
> Thanks and regards
> Distinti Saluti/Best Regards/Gruesse
> Maura Accini
> GRUPPO AMENDUNI TUBI ACCIAIO
> TECNOTUBI SPA
> Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
> Tel.+39 0309933231
> Email :m.accini@tcbtubi.it
> Webside : www.tecnotubi.amendunitubi.it
>
> **Informativa sulla privacy d.lgs 196/03.**

Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all' art. 7 del D-LG 196/03, Lei volesse decidere l'eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.
Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.
You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.
For further information, contact our firm to the above mentioned address.

---

**Da:** Chris Kayem <chriskayem@texisle.com>
**Inviato:** venerdì 11 maggio 2018 17:40
**A:** Maura Accini <m.accini@tcbtubi.it>; Andy Mejia <amejia@texisle.com>
**Oggetto:** RE: Tecnotubi Company - Visit tube 2018

Hi Maura,

I apologize for the confusion. Let's try this again:

| **Line Pipe** | diam. | Thickness | Metric Tons |
|---|---|---|---|
| 6 5/8"x.219 X52 PSL2 PEB DRL ERW | 168,3 | 5,6 | 200mt |
| 6 5/8"x.280 X52 PSL2 PEB DRL ERW | 168,3 | 7,1 | 1,200mt |
| 8 5/8"x.250 X52 PSL2 PEB DRL ERW | 219,1 | 6,4 | 1,000mt |
| 8 5/8"x.322 X52 PSL2 PEB DRL ERW | 219,1 | 8 | 650mt |
| 10 ¾"x.250 X52 PSL2 PEB DRL ERW | 273 | 6,4 | 650mt |
| 12 ¾"x.375 X52 PSL2 PEB DRL ERW | 323,9 | 9,6 | 375mt |

All together this would amount to four thousand and seventy-five (4,075) metric tons for the total order.

Please let me know if further clarification is necessary.

Thank you for working with us on this.

Chris

---

**From:** Maura Accini <m.accini@tcbtubi.it>
**Sent:** Friday, May 11, 2018 4:02 AM
**To:** Chris Kayem <chriskayem@texisle.com>; Andy Mejia <amejia@texisle.com>
**Subject:** Tecnotubi Company - Visit tube 2018

Dear Chris,

Thanks for your list.

Here the conversion :

| | **Line Pipe** | diam. | thickness |
|---|---|---|---|
| 25,000 | 6 5/8"x.219 X52 PSL2 PEB DRL ERW | 168,3 | 5,6 |
| 125,000 | 6 5/8"x.280 X52 PSL2 PEB DRL ERW | 168,3 | 7,1 |
| 100,000 | 8 5/8"x.250 X52 PSL2 PEB DRL ERW | 219,1 | 6,4 |
| 50,000 | 8 5/8"x.322 X52 PSL2 PEB DRL ERW | 219,1 | 8 |
| 50,000 | 10 ¾"x.250 X52 PSL2 PEB DRL ERW | 273 | 6,4 |
| 25,000 | 12 ¾"x.375 X52 PSL2 PEB DRL ERW | 323,9 | 9,6 |

I don't understand the quantity. It's about mt, nr. Of pipes, or Tons.
And missing the length mt.
Waiting for your kind reply
regards
Distinti Saluti/Best Regards/Gruesse
Maura Accini
GRUPPO AMENDUNI TUBI ACCIAIO
TECNOTUBI SPA
Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
Tel.+39 0309933231
Email :m.accini@tcbtubi.it
Webside : www.tecnotubi.amendunitubi.it

---

**Informativa sulla privacy d.lgs 196/03.**
Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all' art. 7 del D-LG 196/03, Lei volesse decidere l'eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.
Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.
You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.
For further information, contact our firm to the above mentioned address.

**Da:** Chris Kayem <chriskayem@texisle.com>
**Inviato:** venerdì 11 maggio 2018 00:14
**A:** Maura Accini <m.accini@tcbtubi.it>; Andy Mejia <amejia@texisle.com>
**Oggetto:** RE: Tecnotubi Company - Visit tube 2018

Hi Maura,
Would you please quote the following items to API 5L:
**Line Pipe**
25,000' – 6 5/8"x.219 X52 PSL2 PEB DRL ERW
125,000' – 6 5/8"x.280 X52 PSL2 PEB DRL ERW
100,000' – 8 5/8"x.250 X52 PSL2 PEB DRL ERW
50,000' – 8 5/8"x.322 X52 PSL2 PEB DRL ERW
50,000' – 10 ¾"x.250 X52 PSL2 PEB DRL ERW
25,000' – 12 ¾"x.375 X52 PSL2 PEB DRL ERW
Please let us know if you would like for us to convert to metric. Also, please quote delivered to the port of Corpus Christi. If this is not something you have experience with then please quote delivered to the nearest port of export.
Let me know if you have any questions or require any clarification. Thank you and we look forward to receiving your quote.
Sincerely,
Chris

**From:** Maura Accini <m.accini@tcbtubi.it>
**Sent:** Thursday, May 10, 2018 1:59 AM
**To:** Chris Kayem <chriskayem@texisle.com>; Andy Mejia <amejia@texisle.com>
**Subject:** R: Tecnotubi Company - Visit tube 2018

Hello,
Thanks for your reply.
Yes we can offer API 5L and 5CT.
Waiting for your assortment.
Maura
Distinti Saluti/Best Regards/Gruesse
Maura Accini
GRUPPO AMENDUNI TUBI ACCIAIO

TECNOTUBI SPA
Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
Tel.+39 0309933231
Email :m.accini@tcbtubi.it
Webside : www.tecnotubi.amendunitubi.it

---

**Informativa sulla privacy d.lgs 196/03.**
Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all' art. 7 del D-LG 196/03, Lei volesse decidere l'eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.
Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.
You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.
For further information, contact our firm to the above mentioned address.

**Da:** Chris Kayem <chriskayem@texisle.com>
**Inviato:** mercoledì 9 maggio 2018 21:01
**A:** Maura Accini <m.accini@tcbtubi.it>; Andy Mejia <amejia@texisle.com>
**Oggetto:** RE: Tecnotubi Company - Visit tube 2018

Hello Maura,

Thank you for the note. Let us put together an assortment for you to quote. Can you quote API 5L and 5CT?

Chris

**From:** Maura Accini <m.accini@tcbtubi.it>
**Sent:** Tuesday, May 8, 2018 11:08 AM
**To:** Andy Mejia <amejia@texisle.com>
**Cc:** Chris Kayem <chriskayem@texisle.com>
**Subject:** Tecnotubi Company - Visit tube 2018
**Importance:** High

Dear Mr. Mejia & Mr. Kayem;

First of all, I would like to thank you for your visit in our stand during the Tube Exhibition 2018.

I would like to introduce myself. My name is Maura Accini and I'm in charge of the sales department of Tecnotubi Company.

We are manufacturer of welded and tested round/square and rectangular pipes, galvanized and gas pipelines. Our range of production is from **diam. 42,4 mm to 508 mm** and **thickness from 2 mm to 10 mm**.

It would be a very big pleasure to have the possibility to offer you something from our production and to start with a good cooperation.

Here attached I send you our catalogue.

Waiting for your kind reply

Best Regards

Distinti Saluti/Best Regards/Gruesse
Maura Accini
GRUPPO AMENDUNI TUBI ACCIAIO
TECNOTUBI SPA
Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
Tel.+39 0309933231
Email :m.accini@tcbtubi.it

---

**Informativa sulla privacy d.lgs 196/03.**
Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all' art. 7 del D-LG 196/03, Lei volesse decidere l'eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione

scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.

Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.

You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.

For further information, contact our firm to the above mentioned address.

# Purchasing Specification for API 5L PSL2 Line Pipe Mill Rolling



## 1.0 Purpose and Scope

1.1 The purpose of this specification is to provide clear and concise requirements for the procurement of ERW, SAW, DSAW and spiral weld Line Pipe conforming to the latest edition API Specification 5L, PSL2.

## 2.0 Supplier Quality System

2.1 The pipe manufacturer of this product shall be licensed by the American Petroleum Institute to produce API Line Pipe in accordance with the latest edition of API Spec 5L and shall have a functioning quality system in compliance with API Q1.

## 3.0 Reference Documents

3.1 API 5L – *Specification for Line Pipe – Latest Edition*

3.2 API Q1 – *Specification for Quality Management System Requirements for Manufacturing Organizations for the Petroleum and Natural Gas Industry – Latest Edition*

3.3 API RP 5L1 - *Recommended Practice for Railroad Transportation of Line Pipe*

3.4 API RP 5LT - *Recommended Practice for Truck Transportation of Line Pipe.*

3.5 API RP 5LW - *Recommended Practice for Transportation of Line Pipe on Barges and Marine Vessels*

## 4.0 General

4.1 Pipe furnished to this specification shall be produced, tested and inspected in accordance to PSL2 requirements of the 45th Edition of API Specification 5L and shall be marked with the API monogram.

4.2 Manufacturing Procedure (MPS) and Inspection Test Plans (ITP) shall be provided prior to the start of production.

4.3 MTRs shall be provided to Tex-Isle for review prior to shipment.

4.4 No pipe hardness value, including individual Hard Spots, shall exceed either 250 HV or 22 HRC to comply with NACE MR0175 - Table A.2.

4.5 CVN Testing of the weld and HAZ per Par. 9.8.3 shall be performed and % shear area reported. Documented inspection of the notch angle, depth, and radius shall be performed prior to CVN testing per ASTM A370 22.2.

4.6 Pipe ends shall have bevel protectors.

4.7 Sulfur content shall be less than or equal to .003%.

4.8 During hydro testing, the pipe seam shall be inspected for leaks and sweats while under full test pressure as per API 5L Par. 9.4.1. The facility must have the ability to orient the pipe with the seam viewable during pressurization.

4.9 The area where final inspection is performed shall have an ambient lighting of 300 lx (28 fc) as per API 5L Par. 10.2.7.1.

# Purchasing Specification for API 5L PSL2 Line Pipe Mill Rolling



## 5.0 NDT Inspection of Weld Seam

5.1 The manufacturer shall maintain NDT system records verifying the system's capabilities in detecting the reference indicators used to establish the equipment test sensitivity, per API 5L-E.5.4. Records shall be made available upon request.

5.2 Calibration reference standards shall be of the same grade, OD, wall thickness, and similar chemistry as the pipe being inspected per API 5L-E.5.2. It is recommended to use pipe from the same order being inspected.

5.3 Online process control UT weld line inspection, located immediately after welding, is required unless 5 seconds are added to the API hydrostatic test holding period for the given pipe grade and size.

5.4 NDT inspection (manual UT) of the weld line shall be performed at pipe ends where the automated NDT system cannot inspect, per API 5L-E.3.2. NDT system capability shall be recorded in accordance with API 5L-E.5.4. Manual inspection distance from pipe ends shall be recorded on the ITP.

## 6.0 Length

6.1 DRL – 35' to 45' individual joint length with an average order length of 42' min.

6.2 TRL – 45' to 65' individual joint length with an average order length of 60' min.

6.3 Jointers are prohibited.

## 7.0 Mill Test Report (MTR)

7.1 Meet the requirements of EN10204.

7.2 Include mechanical, chemical and NDT Test results for all testing performed.

7.3 The percent shear fracture area for all CVN testing.

7.4 Supply weldability data $CE_{IIW}$ and/or $CE_{Pcm}$ per API 5L 9.15.

7.5 NACE MR0715 (ISO 15156) for hardness only.

## 8.0 Pipe Surface Condition and Repairs

8.1 No mill lacquer or oil on OD or ID of pipe.

8.2 Surfaces of pipe shall be free of loose mill scale, dirt, grease, oil, or any other substances that could interfere with coating application. No adhesives (tags, stickers, etc.) shall be present on the outside surface of the pipe.

8.3 Supplier shall make every effort to avoid OD weld spatter to avoid problems during external coating.

8.4 For SAW, DSAW, and HSAW the OD weld at each end shall be ground flush with the pipe wall a minimum of 6.0" from the end.

8.5 Occasional undercuts are allowed per API but shall be kept to a minimum as the gaps are not conducive to coating.

# Purchasing Specification for API 5L PSL2 Line Pipe Mill Rolling



8.6 Supplier is responsible for expenses, if under the control of the Supplier, there is pipe damage and pipe exterior imperfections that cause excessive repair during the coating process. Exterior imperfections include but not limited to: excessive pitting, dents, tape residue, corrosion, scale, paint, dirt, grease etc.

8.7 Supplier assumes responsibility for repairs due to chloride contamination if caused under the control of the Supplier.

8.8 Damaged pipe requiring cutback shall be rejected if the final pipe length after cutback is less than 35'.

8.9 De-dented pipe shall only be accepted if the Supplier provides the pipe serial number for the joints that were de-dented repaired. No more than 2% of the order shall be repaired by de-denting.

8.10 Dents (sharp or round-bottom) greater than 3.2 mm (.125 in) deep are not accepted.

## 9.0 Marking

9.1 In addition to the markings specified by API Spec 5L, the following shall be paint stenciled on the outside surface (or inside surface for welded pipe 16" and larger) at both ends of the pipe: heat number, Tex-Isle purchase order number, and pipe number. Pipe number shall be based on the coil and sequential pipe from that coil (e.g., coil 122-4 shall refer to the 4th pipe from coil 122). "Tex-Isle PO XXXX."

## 10.0 Handling and Transportation

10.1 Pipe shall be handled at the mill and shipping yard in such a way as to minimize any damage to the pipe.

10.2 Pipe shall be stacked in such manner to prevent deformation, corrosion, or other damage during storage.

10.3 Pipe shall be protected during loading, transit, and storage in order to preclude all contamination by oil, grease, salt water, or other chemicals, which could adversely affect coating adhesion.

10.4 Loading and transportation of line pipe shall be in accordance with API RP 5L1 *Recommended Practice for Railroad Transportation of Line Pipe*, API RP 5LW *Recommended Practice for Transportation of Line Pipe on Barges and Marine Vessels* and/or API RP 5LT *Recommended Practice for Truck Transportation of Line Pipe*. Care shall be made to prevent transit fatigue as per API RP 5LW-4. Failure to secure the load per API RP 5LW may lead to transit fatigue.

## 11.0 Workmanship

11.1 Repetitive imperfections observed on pipe, even if within API 5L requirements, shall be subject to further discussions between Tex-Isle and the Mill Quality Department to mitigate future occurrences related to workmanship.

## 12.0 Revision History

| Revision # | Revision Date | Nature of Change | Approval Signature |
|---|---|---|---|
| 0 | 06/15/2015 | New | Alejandro Martinez –QA Manager |

| | | | |
|---|---|---|---|
| 1 | 07/10/2015 | Chg. 5L SR15 to 5CT SR15 EN10204 | Alejandro Martinez –QA Manager |
| 2 | 09/18/2015 | Added Section 3.0, Changed Section 4.8 and 4.11 | Alejandro Martinez –QA Manager |
| 3 | 12/23/2015 | Added section 4.7.4 | Alejandro Martinez –QA Manager |
| 4 | 01/08/2016 | Added section 4.8.3, 4.8.4, 4.8.5 and revised section 4.7.1, 4.8.6, 4.8.7, 4.8.9 | Alejandro Martinez –QA Manager |
| 5 | 04/01/2016 | Revised format | Alejandro Martinez –QA Manager |
| 6 | 09/15/2016 | Added section 7.10, revised section 6.4, 7.9 | Alejandro Martinez –QA Manager |
| 7 | 11/23/2016 | Added section 4.7, 4.8, 5.0, revised section 4.3, 4.4, and 10.4 | Alejandro Martinez –QA Manager |

# CX 2

**To:** Maura Accini[m.accini@tcbtubi.it]
**Cc:** Andy Mejia[amejia@texisle.com]
**From:** Chris Kayem[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=TEXISLE.ONMICROSOFT.COM-54719-CHRISKAYEM@TEXISLE.COM723]
**Sent:** Mon 5/28/2018 9:20:39 AM (UTC-05:00)
**Subject:** Re: R: R: R: Line Pipe API 5L

We will be coating this pipe with FBE and will be selling to upstream and midstream oil and gas companies for gathering lines and transportation lines.

We own our coating plant so our operators prefer to not have lacquer. When I refer to the stencil I am meaning the information such as head number, API number, etc. Because there will not be lacquer on the pipe we ask that some measure is taken to protect the information written on the pipe.

Chris

On May 28, 2018, at 9:07 AM, Maura Accini <m.accini@tcbtubi.it> wrote:

Hi Chris,
Can you just explain me what you mean with "some protective coating only on the stencil"? What is it stencil? The heat number stamped or the welding line?
Normally when we ship the pipes by see we lacquered them to avoid the rust.
Can you tell me what is the end use of these pipes?

Distinti Saluti/Best Regards/Gruesse
Maura Accini

GRUPPO AMENDUNI TUBI ACCIAIO
TECNOTUBI SPA
Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
Tel.+39 0309933231
Email :m.accini@tcbtubi.it
Webside : www.tecnotubi.amendunitubi.it

**Informativa sulla privacy d.lgs 196/03.**

Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all' art. 7 del D-LG 196/03, Lei volesse decidere l'eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.
Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.

You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.
For further information, contact our firm to the above mentioned address.

**Da:** Chris Kayem <chriskayem@texisle.com>
**Inviato:** lunedì 28 maggio 2018 16:02
**A:** Maura Accini <m.accini@tcbtubi.it>
**Cc:** Andy Mejia <amejia@texisle.com>
**Oggetto:** Re: R: R: Line Pipe API 5L

Hi Maura, I apologize, I did not realize Monday is a national holiday (Memorial Day). Would you be able to have the call tomorrow at the same time?

Chris
On May 28, 2018, at 8:12 AM, Maura Accini <m.accini@tcbtubi.it> wrote:

Dear Chris,
I think I will be able to call you around 09:30, Houston time.
Hear you later on,
regards

Distinti Saluti/Best Regards/Gruesse
Maura Accini

GRUPPO AMENDUNI TUBI ACCIAIO
TECNOTUBI SPA
Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
Tel.+39 0309933231
Email :m.accini@tcbtubi.it
Webside : www.tecnotubi.amendunitubi.it

**Informativa sulla privacy d.lgs 196/03.**

Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all' art. 7 del D-LG 196/03, Lei volesse decidere l'eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.
Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.

You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.
For further information, contact our firm to the above mentioned address.

---

**Da:** Chris Kayem <chriskayem@texisle.com>
**Inviato:** venerdì 25 maggio 2018 19:17
**A:** Maura Accini <m.accini@tcbtubi.it>
**Cc:** Andy Mejia <amejia@texisle.com>
**Oggetto:** RE: R: Line Pipe API 5L

We have a line pipe spec I will have our quality manager send to you. Hopefully that should answer most of your questions. Let me know what time you would like to talk on Monday.

Chris

---

**From:** Maura Accini <m.accini@tcbtubi.it>
**Sent:** Friday, May 25, 2018 10:48 AM
**To:** Chris Kayem <chriskayem@texisle.com>
**Cc:** Andy Mejia <amejia@texisle.com>
**Subject:** R: R: Line Pipe API 5L

Dear Chris,
Do you have some more requirement for the logistic?
Maybe Monday during my meeting it will be necessary to talk by phone for some details.
Thanks for your availability.

If I don't here you again today,
I wish you a good week end.
regards

Distinti Saluti/Best Regards/Gruesse

Maura Accini
GRUPPO AMENDUNI TUBI ACCIAIO
TECNOTUBI SPA
Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
Tel.+39 0309933231
Email :m.accini@tcbtubi.it
Webside : www.tecnotubi.amendunitubi.it

**Informativa sulla privacy d.lgs 196/03.**

Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all' art. 7 del D-LG 196/03, Lei volesse decidere l'eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.
Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.

You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.
For further information, contact our firm to the above mentioned address.

---

**Da:** Chris Kayem <chriskayem@texisle.com>
**Inviato:** venerdì 25 maggio 2018 17:04
**A:** Maura Accini <m.accini@tcbtubi.it>
**Cc:** Andy Mejia <amejia@texisle.com>
**Oggetto:** Re: R: Line Pipe API 5L

Hi Maura, I am sorry I missed your call.

Our preference is NO mill lacquer. We would like some protective coating only on the stencil but no coating on the pipe. Any improvement on delivery would be appreciated.

Please let me know if you would still like to have a call and I can make myself available.

Chris

On May 25, 2018, at 9:56 AM, Maura Accini <m.accini@tcbtubi.it> wrote:

> Dear Chris,
> I tried to contact you by phone but it was the voicemail so I write to you.
>
> We are considering your proposal about the price and to send you a definitive offer. We are arranging the plan of production to grant you a correct delivery.
> Monday I will meet with my colleague to put in order the plan of delivery and then I will be able to send you our official and detail offer.
>
> I would need to ask you if the pipes need to be lacquered or not. This will influence a little bit the delivery time.
>
> Waiting for your kind reply, I remain at disposal if you would like to call me.
> regards
> Distinti Saluti/Best Regards/Gruesse
> Maura Accini

GRUPPO AMENDUNI TUBI ACCIAIO
TECNOTUBI SPA
Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
Tel.+39 0309933231
Email :m.accini@tcbtubi.it
Webside : www.tecnotubi.amendunitubi.it

**Informativa sulla privacy d.lgs 196/03.**

Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all' art. 7 del D-LG 196/03, Lei volesse decidere l'eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.
Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.

You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.
For further information, contact our firm to the above mentioned address.

---

**Da:** Chris Kayem <chriskayem@texisle.com>
**Inviato:** martedì 22 maggio 2018 21:05
**A:** Maura Accini <m.accini@tcbtubi.it>
**Cc:** Andy Mejia <amejia@texisle.com>
**Oggetto:** RE: Line Pipe API 5L

Thank you Maura,

Two more questions?

1. Would you please consider reducing the price by $20 per metric ton?
2. Are you able to make **Diam:** 339,725 x **Thickness:** 8,382 **Grade:** J55 (API 5CT)

Chris

---

**From:** Maura Accini <m.accini@tcbtubi.it>
**Sent:** Tuesday, May 22, 2018 11:11 AM
**To:** Chris Kayem <chriskayem@texisle.com>
**Cc:** Andy Mejia <amejia@texisle.com>
**Subject:** R: Line Pipe API 5L

Dear Chris,
Sure, take your time to check the quote. I would need an answer or consideration later on Tuesday 24th.

About 76,2 x 7,62 I understand you still looking for API 5L pipes and unfortunately we can't produce it. Our API range starts from 4".
In our range we have diam. 76,1 x 7,1 EN10217/EN10219 .

You are welcome
Maura
Distinti Saluti/Best Regards/Gruesse

Maura Accini
GRUPPO AMENDUNI TUBI ACCIAIO
TECNOTUBI SPA
Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
Tel.+39 0309933231
Email :m.accini@tcbtubi.it
Webside : www.tecnotubi.amendunitubi.it

---

**Informativa sulla privacy d.lgs 196/03.**

Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all' art. 7 del D-LG 196/03, Lei volesse decidere l'eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.
Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.

You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.
For further information, contact our firm to the above mentioned address.

---

**Da:** Chris Kayem <chriskayem@texisle.com>
**Inviato:** martedì 22 maggio 2018 17:47
**A:** Maura Accini <m.accini@tcbtubi.it>
**Cc:** Andy Mejia <amejia@texisle.com>
**Oggetto:** RE: Line Pipe API 5L

Hello, Maura, thank you for the quote. Please give us a day to review and get back with you tomorrow.

In the meantime, are you able to produce the size **diam:** 76,2 x **thickness:** 7,62?

Thank you,

Chris

---

**From:** Maura Accini <m.accini@tcbtubi.it>
**Sent:** Monday, May 21, 2018 11:22 AM
**To:** Chris Kayem <chriskayem@texisle.com>
**Cc:** Andy Mejia <amejia@texisle.com>
**Subject:** Line Pipe API 5L

Dear Chris,
as I promised you here my offer for :

| Line Pipe API 5 L | diam. | Thickness | Metric Tons |
|---|---|---|---|
| 25,000' – 6 5/8"x.219 X52 PSL2 PEB DRL ERW | 168,3 | 5,56 | 200mt |
| 125,000' – 6 5/8"x.280 X52 PSL2 PEB DRL ERW | 168,3 | 7,11 | 1,200mt |

| | | | |
|---|---|---|---|
| 100,000' – 8 5/8"x.250 X52 PSL2 PEB DRL ERW | 219,1 | 6,35 | 1,000mt |
| 50,000' – 8 5/8"x.322 X52 PSL2 PEB DRL ERW | 219,1 | 8,18 | 650mt |
| 50,000' – 10 ¾"x.250 X52 PSL2 PEB DRL ERW | 273 | 6,35 | 650mt |
| 25,000' – 12 ¾"x.375 X52 PSL2 PEB DRL ERW | 323,9 | 9,52 | 375mt |
| | | total | 4.075 Metric Tons |

**Term of payment**: L/C at sight
**Delivery time** : 180 days from L/C date

**Option 1) :** 1.050 USD/Metric Ton
Condition of delivery : CFR Houston Port break bulk

**Option 2)** : 950 USD/Metric Ton
Condition of delivery : FAS Port of Genova.

Offer validity : 3 days.

Waiting for your kind consideration,
Regards
Maura

Distinti Saluti/Best Regards/Gruesse
Maura Accini

GRUPPO AMENDUNI TUBI ACCIAIO
TECNOTUBI SPA
Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
Tel.+39 0309933231
Email :m.accini@tcbtubi.it
Webside : www.tecnotubi.amendunitubi.it

---

**Informativa sulla privacy d.lgs 196/03.**

Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all' art. 7 del D-LG 196/03, Lei volesse decidere l'eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.
Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.

You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.
For further information, contact our firm to the above mentioned address.

**Da:** Chris Kayem <chriskayem@texisle.com>
**Inviato:** venerdì 18 maggio 2018 14:13
**A:** Maura Accini <m.accini@tcbtubi.it>
**Cc:** Andy Mejia <amejia@texisle.com>
**Oggetto:** Re: R: Tecnotubi Company - Visit tube 2018

Thank you Maura. No problem at all. We will await your reply.

Chris
On May 18, 2018, at 6:51 AM, Maura Accini <m.accini@tcbtubi.it> wrote:

Dear Chris,
sorry about the delay.
We are talking about a significant quantity and I taken time to verify all the information and technical details.
Without a doubt at the beginning of next week I will reply to you.
Thanks and regards

Distinti Saluti/Best Regards/Gruesse
Maura Accini

GRUPPO AMENDUNI TUBI ACCIAIO
TECNOTUBI SPA
Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
Tel.+39 0309933231
Email :m.accini@tcbtubi.it
Webside : www.tecnotubi.amendunitubi.it

**Informativa sulla privacy d.lgs 196/03.**

Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all' art. 7 del D-LG 196/03, Lei volesse decidere l'eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.
Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.

You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.
For further information, contact our firm to the above mentioned address.

**Da:** Chris Kayem <chriskayem@texisle.com>
**Inviato:** venerdì 11 maggio 2018 17:40
**A:** Maura Accini <m.accini@tcbtubi.it>; Andy Mejia <amejia@texisle.com>
**Oggetto:** RE: Tecnotubi Company - Visit tube 2018

Hi Maura,

I apologize for the confusion. Let's try this again:

| **Line Pipe** | diam. | Thickness | Metric Tons |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 6 5/8”x.219 X52 PSL2 PEB DRL ERW | 168,3 | 5,6 | 200mt |
| 6 5/8”x.280 X52 PSL2 PEB DRL ERW | 168,3 | 7,1 | 1,200mt |
| 8 5/8”x.250 X52 PSL2 PEB DRL ERW | 219,1 | 6,4 | 1,000mt |
| 8 5/8”x.322 X52 PSL2 PEB DRL ERW | 219,1 | 8 | 650mt |
| 10 ¾”x.250 X52 PSL2 PEB DRL ERW | 273 | 6,4 | 650mt |
| 12 ¾”x.375 X52 PSL2 PEB DRL ERW | 323,9 | 9,6 | 375mt |

All together this would amount to four thousand and seventy-five (4,075) metric tons for the total order.

Please let me know if further clarification is necessary.

Thank you for working with us on this.

Chris

---

**From:** Maura Accini <m.accini@tcbtubi.it>
**Sent:** Friday, May 11, 2018 4:02 AM
**To:** Chris Kayem <chriskayem@texisle.com>; Andy Mejia <amejia@texisle.com>
**Subject:** Tecnotubi Company - Visit tube 2018

Dear Chris,
Thanks for your list.

Here the conversion :

| | **Line Pipe** | diam. | thickness |
|---|---|---|---|
| 25,000 | 6 5/8”x.219 X52 PSL2 PEB DRL ERW | 168,3 | 5,6 |
| 125,000 | 6 5/8”x.280 X52 PSL2 PEB DRL ERW | 168,3 | 7,1 |
| 100,000 | 8 5/8”x.250 X52 PSL2 PEB DRL ERW | 219,1 | 6,4 |
| 50,000 | 8 5/8”x.322 X52 PSL2 PEB DRL ERW | 219,1 | 8 |
| 50,000 | 10 ¾”x.250 X52 PSL2 PEB DRL ERW | 273 | 6,4 |
| 25,000 | 12 ¾”x.375 X52 PSL2 PEB DRL ERW | 323,9 | 9,6 |

I don’t understand the quantity. It’s about mt, nr. Of pipes, or Tons.
And missing the length mt.

Waiting for your kind reply

regards
Distinti Saluti/Best Regards/Gruesse
Maura Accini

GRUPPO AMENDUNI TUBI ACCIAIO
TECNOTUBI SPA
Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
Tel.+39 0309933231
Email :m.accini@tcbtubi.it
Webside : www.tecnotubi.amendunitubi.it

---

**Informativa sulla privacy d.lgs 196/03.**

Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all' art. 7 del D-LG 196/03, Lei volesse decidere l'eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.
Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.

You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.
For further information, contact our firm to the above mentioned address.

---

**Da:** Chris Kayem <chriskayem@texisle.com>
**Inviato:** venerdì 11 maggio 2018 00:14
**A:** Maura Accini <m.accini@tcbtubi.it>; Andy Mejia <amejia@texisle.com>
**Oggetto:** RE: Tecnotubi Company - Visit tube 2018

Hi Maura,

Would you please quote the following items to API 5L:

**Line Pipe**
25,000' – 6 5/8"x.219 X52 PSL2 PEB DRL ERW
125,000' – 6 5/8"x.280 X52 PSL2 PEB DRL ERW
100,000' – 8 5/8"x.250 X52 PSL2 PEB DRL ERW
50,000' – 8 5/8"x.322 X52 PSL2 PEB DRL ERW
50,000' – 10 ¾"x.250 X52 PSL2 PEB DRL ERW
25,000' – 12 ¾"x.375 X52 PSL2 PEB DRL ERW

Please let us know if you would like for us to convert to metric. Also, please quote delivered to the port of Corpus Christi. If this is not something you have experience with then please quote delivered to the nearest port of export.

Let me know if you have any questions or require any clarification. Thank you and we look forward to receiving your quote.

Sincerely,

Chris

**From:** Maura Accini <m.accini@tcbtubi.it>
**Sent:** Thursday, May 10, 2018 1:59 AM
**To:** Chris Kayem <chriskayem@texisle.com>; Andy Mejia <amejia@texisle.com>
**Subject:** R: Tecnotubi Company - Visit tube 2018

Hello,
Thanks for your reply.
Yes we can offer API 5L and 5CT.
Waiting for your assortment.

Maura
Distinti Saluti/Best Regards/Gruesse
Maura Accini

GRUPPO AMENDUNI TUBI ACCIAIO
TECNOTUBI SPA
Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
Tel.+39 0309933231
Email :m.accini@tcbtubi.it
Webside : www.tecnotubi.amendunitubi.it

**Informativa sulla privacy d.lgs 196/03.**

Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all' art. 7 del D-LG 196/03, Lei volesse decidere l'eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.
Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.

You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.
For further information, contact our firm to the above mentioned address.

**Da:** Chris Kayem <chriskayem@texisle.com>
**Inviato:** mercoledì 9 maggio 2018 21:01
**A:** Maura Accini <m.accini@tcbtubi.it>; Andy Mejia <amejia@texisle.com>
**Oggetto:** RE: Tecnotubi Company - Visit tube 2018

Hello Maura,

Thank you for the note. Let us put together an assortment for you to quote.
Can you quote API 5L and 5CT?

Chris

**From:** Maura Accini <m.accini@tcbtubi.it>
**Sent:** Tuesday, May 8, 2018 11:08 AM

**To:** Andy Mejia <amejia@texisle.com>
**Cc:** Chris Kayem <chriskayem@texisle.com>
**Subject:** Tecnotubi Company - Visit tube 2018
**Importance:** High

Dear Mr. Mejia & Mr. Kayem;

First of all, I would like to thank you for your visit in our stand during the Tube Exhibition 2018.
I would like to introduce myself. My name is Maura Accini and I'm in charge of the sales department of Tecnotubi Company.
We are manufacturer of welded and tested round/square and rectangular pipes, galvanized and gas pipelines. Our range of production is from **diam. 42,4 mm to 508 mm** and **thickness from 2 mm to 10 mm**.

It would be a very big pleasure to have the possibility to offer you something from our production and to start with a good cooperation.

Here attached I send you our catalogue.

Waiting for your kind reply
Best Regards

Distinti Saluti/Best Regards/Gruesse
Maura Accini

GRUPPO AMENDUNI TUBI ACCIAIO
TECNOTUBI SPA
Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
Tel.+39 0309933231
Email :m.accini@tcbtubi.it

**Informativa sulla privacy d.lgs 196/03.**

Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all' art. 7 del D-LG 196/03, Lei volesse decidere l'eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.
Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.

You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.
For further information, contact our firm to the above mentioned address.

# CX 3

**To:** Andy Mejia[amejia@texisle.com]
**Cc:** Chris Kayem[chriskayem@texisle.com]
**From:** Maura Accini[m.accini@tcbtubi.it]
**Sent:** Fri 6/15/2018 5:42:29 AM (UTC-05:00)
**Subject:** R: Definitive offer of Line Pipe API 5L
doc16146820180615102541.pdf
doc16146020180615100431.pdf

Der Andy,
here attached our certificates.
As you can see one is issued from Tecnotubi and one from Alessio.
As I explained you Alessio is our branch. They are specific producer for big diameter.

As I told you to produce big quantity for us is not a problem. The only problem is to purchase the raw material in short time for deliver in October.
Up to you to reduce or split quantity in two deliveries : One for October 2018 and second for December 2018.

Waiting for your PO
regards
Distinti Saluti/Best Regards/Gruesse
Maura Accini

GRUPPO AMENDUNI TUBI ACCIAIO
TECNOTUBI SPA
Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
Tel.+39 0309933231
Email :m.accini@tcbtubi.it
Webside : www.tecnotubi.amendunitubi.it

**Informativa sulla privacy d.lgs 196/03.**

Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all' art. 7 del D-LG 196/03, Lei volesse decidere l'eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.
Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.

You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.
For further information, contact our firm to the above mentioned address.

---

**Da:** Maura Accini
**Inviato:** giovedì 14 giugno 2018 20:26
**A:** Andy Mejia <amejia@texisle.com>
**Oggetto:** Re: Definitive offer of Line Pipe API 5L

Dear Andy,

I'll do. Tomorrow morning I will send you the cert as sample of our API 5L pipes.

If you and/or your trader have some question about our production or procedure don't hesitate to ask.

As soon you decide which one will take contact with me, please inform me.

I remain at disposal, waiting for everything,

Have a good day,

By Maura

---

**Da:** Andy Mejia <amejia@texisle.com>
**Inviato:** giovedì 14 giugno 2018 17:26:50
**A:** Maura Accini
**Oggetto:** RE: Definitive offer of Line Pipe API 5L

Hi Maura,

Please send over a sample **API 5L material test report/certificate** when you have an opportunity tomorrow.

I will follow up tomorrow with the reduced quantity of tons and the purchase order.

Have a nice evening.

Regards,

Andy Mejia
Tex-Isle Supply, Inc.
Main: 713-461-1012
Cell: 281-830-3397
amejia@texisle.com

---

**From:** Maura Accini <m.accini@tcbtubi.it>
**Sent:** Thursday, June 14, 2018 8:45 AM
**To:** Andy Mejia <amejia@texisle.com>
**Subject:** I: Definitive offer of Line Pipe API 5L

---

**From:** Maura Accini <m.accini@tcbtubi.it>
**Sent:** Wednesday, June 6, 2018 12:01 PM
**To:** Chris Kayem <chriskayem@texisle.com>
**Cc:** Andy Mejia <amejia@texisle.com>
**Subject:** Definitive offer of Line Pipe API 5L

Dear Chris/Andy,
I would like to send you hereunder our definitive offer of:

| Line Pipe API 5L | diam. | Thickness | Metric Tons |
|---|---|---|---|
| 25,000' – 6 5/8"x.219 X52 PSL2 PEB DRL ERW | 168,3 | 5,56 | 200mt |
| 125,000' – 6 5/8"x.280 X52 PSL2 PEB DRL ERW | 168,3 | 7,11 | 1,200mt |

| | | | |
|---|---|---|---|
| 100,000' – 8 5/8"x.250 X52 PSL2 PEB DRL ERW | 219,1 | 6,35 | 1,000mt |
| 50,000' – 8 5/8"x.322 X52 PSL2 PEB DRL ERW | 219,1 | 8,18 | 650mt |
| 50,000' – 10 ¾"x.250 X52 PSL2 PEB DRL ERW | 273 | 6,35 | 650mt |
| 25,000' – 12 ¾"x.375 X52 PSL2 PEB DRL ERW | 323,9 | 9,52 | 375mt |

(length of pipes 42').

Total of Metric tons 4.075 mt.

**Term of payment:** L/C at sight to issue within 7 days (to allow a timely supply of the raw material).

**Delivery time**: within end of October 2018 last date of shipment 15/11/2018.

Price: 930 Usd/Mt. Pipes will be invoiced in USD 100/feet. FAS port of Genova (other ports of departure to be consider).

Waiting to be contact from your trader,
regards

Distinti Saluti/Best Regards/Gruesse
Maura Accini

GRUPPO AMENDUNI TUBI ACCIAIO
TECNOTUBI SPA
Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
Tel.+39 0309933231
Email :m.accini@tcbtubi.it
Webside : www.tecnotubi.amendunitubi.it

**Informativa sulla privacy d.lgs 196/03.**

Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all' art. 7 del D-LG 196/03, Lei volesse decidere l'eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.
Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.

You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.
For further information, contact our firm to the above mentioned address.

---

**Da:** Maura Accini
**Inviato:** lunedì 4 giugno 2018 17:53
**A:** 'Andy Mejia' <amejia@texisle.com>
**Cc:** 'Chris Kayem' <chriskayem@texisle.com>
**Oggetto:** Definitive offer of Line Pipe API 5L

Dear Chris/Andy,
I would like to send you hereunder our definitive offer of:

| Line Pipe API 5L | diam. | Thickness | Metric Tons |
|---|---|---|---|
| 25,000' – 6 5/8"x.219 X52 PSL2 PEB DRL ERW | 168,3 | 5,56 | 200mt |

| | | | |
|---|---|---|---|
| 125,000' – 6 5/8"x.280 X52 PSL2 PEB DRL ERW | 168,3 | 7,11 | 1,200mt |
| 100,000' – 8 5/8"x.250 X52 PSL2 PEB DRL ERW | 219,1 | 6,35 | 1,000mt |
| 50,000' – 8 5/8"x.322 X52 PSL2 PEB DRL ERW | 219,1 | 8,18 | 650mt |
| 50,000' – 10 ¾"x.250 X52 PSL2 PEB DRL ERW | 273 | 6,35 | 650mt |
| 25,000' – 12 ¾"x.375 X52 PSL2 PEB DRL ERW | 323,9 | 9,52 | 375mt |

(length of pipes 42').

Total of Metric tons 4.075 mt.

**Term of payment:** L/C at sight to issue within 7 days (to allow a timely supply of the raw material).

**Delivery time**: within end of October 2018 last date of shipment 15/11/2018.

**Option 1)**
Price: 1.030 Usd/Mt. Pipes will be invoiced in USD 100/feet. CFR Houston break bulk duty unpaid.
**Option 2)**
Price: 1.080 Usd/Mt. Pipes will be invoiced in USD 100/feet. CFR Corpus Christi break bulk duty unpaid.

The supplier Tecnotubi S.p.A. is not responsible of any damages (corrosion, salt water or other chemicals) incurred during the transportation, in specific break bulk, because the Customer doesn't require lacquered pipes.

Waiting for your quickly confirmation to grant delivery time;

Distinti Saluti/Best Regards/Gruesse
Maura Accini

GRUPPO AMENDUNI TUBI ACCIAIO
TECNOTUBI SPA
Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
Tel.+39 0309933231
Email :m.accini@tcbtubi.it
Webside : www.tecnotubi.amendunitubi.it

---

**Informativa sulla privacy d.lgs 196/03.**

Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all' art. 7 del D-LG 196/03, Lei volesse decidere l'eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.
Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.

You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.
For further information, contact our firm to the above mentioned address.

---

**Da:** Maura Accini
**Inviato:** venerdì 1 giugno 2018 14:40
**A:** 'Andy Mejia' <amejia@texisle.com>
**Cc:** 'Chris Kayem' <chriskayem@texisle.com>
**Oggetto:** R: R: R: Line Pipe API 5L

Dear Andy, thanks I will call you at 09:30 your hour time.

I specify here the points I would like to define :

- Points. 4.6 : Do you want the bevel protectors ? Which one?
- Point. 6 : Please add : length 38’ (11.583mm) if delivering in container 40’ – Length average 42’ (12.802mm) if delivering in break bulk.
- Point. 8 : It should be add : the supplier is not responsible of any damages (corrosion, salt water or other chemicals) incurred during the transportation, in specific break bulk, because the Customer doesn’t require lacquered pipes.
- Point. 9 : I’m waiting for the confirmation of marking pipes in both ends.
- Point. 10 : To avoid particular damages on the transportation, supplier and customer agree deliver pipes in 40’ container.

Hear you later

Distinti Saluti/Best Regards/Gruesse
Maura Accini

GRUPPO AMENDUNI TUBI ACCIAIO
TECNOTUBI SPA
Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
Tel.+39 0309933231
Email :m.accini@tcbtubi.it
Webside : www.tecnotubi.amendunitubi.it

**Informativa sulla privacy d.lgs 196/03.**

Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all’ art. 7 del D-LG 196/03, Lei volesse decidere l’eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.
Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.

You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.
For further information, contact our firm to the above mentioned address.

**Da:** Chris Kayem <chriskayem@texisle.com>
**Inviato:** venerdì 1 giugno 2018 12:43
**A:** Maura Accini <m.accini@tcbtubi.it>
**Cc:** Andy Mejia <amejia@texisle.com>
**Oggetto:** Re: R: R: Line Pipe API 5L

Hi Maura, I am out of the office today traveling, however, I believe Andy may be available to have a call with you.
On Jun 1, 2018, at 5:11 AM, Maura Accini <m.accini@tcbtubi.it> wrote:

> Dear Chris/Andy,
> Sorry for my short notice but I would need to talk with you before to send you our official offer.
> I confirm you that we can deliver within end of October. Now we have to define the length of the pipes.
> At what time can I call you?
>
> Distinti Saluti/Best Regards/Gruesse
> Maura Accini
>
> GRUPPO AMENDUNI TUBI ACCIAIO
> TECNOTUBI SPA
> Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
> Tel.+39 0309933231
> Email :m.accini@tcbtubi.it

Webside : www.tecnotubi.amendunitubi.it

Informativa sulla privacy d.lgs 196/03.

Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all' art. 7 del D-LG 196/03, Lei volesse decidere l'eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.
Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.

You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.
For further information, contact our firm to the above mentioned address.

---

**Da:** Maura Accini
**Inviato:** mercoledì 30 maggio 2018 15:20
**A:** 'Chris Kayem' <chriskayem@texisle.com>
**Cc:** Andy Mejia <amejia@texisle.com>
**Oggetto:** R: R: Line Pipe API 5L

Yes Chris I confirm you that we can deliver in break bulk but without the protection the risk is the corrosion.
This is the reason I proposed you the container.

Maura
Distinti Saluti/Best Regards/Gruesse
Maura Accini

GRUPPO AMENDUNI TUBI ACCIAIO
TECNOTUBI SPA
Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
Tel.+39 0309933231
Email :m.accini@tcbtubi.it
Webside : www.tecnotubi.amendunitubi.it

Informativa sulla privacy d.lgs 196/03.

Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all' art. 7 del D-LG 196/03, Lei volesse decidere l'eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.
Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.

You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.
For further information, contact our firm to the above mentioned address.

---

**Da:** Chris Kayem <chriskayem@texisle.com>
**Inviato:** mercoledì 30 maggio 2018 15:16
**A:** Maura Accini <m.accini@tcbtubi.it>
**Cc:** Andy Mejia <amejia@texisle.com>
**Oggetto:** Re: R: Line Pipe API 5L

Yes Maura, I believe you are correct, it is break bulk. Andy, can you confirm?
On May 30, 2018, at 8:01 AM, Maura Accini <m.accini@tcbtubi.it> wrote:

Dear Chris,

here attached an example of the stencil.
They are carbon steel pipes no Api pipes. We ship these pipes by vessel in break bulk.

I asked to some shipping company about dry bulk and it's look like break bulk. Can you confirm me?
Maura

Distinti Saluti/Best Regards/Gruesse
Maura Accini

GRUPPO AMENDUNI TUBI ACCIAIO
TECNOTUBI SPA
Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
Tel.+39 0309933231
Email :m.accini@tcbtubi.it
Webside : www.tecnotubi.amendunitubi.it

**Informativa sulla privacy d.lgs 196/03.**

Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all' art. 7 del D-LG 196/03, Lei volesse decidere l'eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.
Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.

You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.
For further information, contact our firm to the above mentioned address.

---

**Da:** Chris Kayem <chriskayem@texisle.com>
**Inviato:** mercoledì 30 maggio 2018 00:52
**A:** Maura Accini <m.accini@tcbtubi.it>
**Cc:** Andy Mejia <amejia@texisle.com>
**Oggetto:** RE: Line Pipe API 5L

Thank you Maura, glad to hear you might have a solution for the delivery time. We will await the picture of the stencil.

As for the lengths, yes, we can accept 35'-45' as per our purchase specification, however, the order must have an *average* length of 42'. Therefore, in order to achieve this average, some percentage of the order would need to be longer than 40'. Are you able to ship dry bulk?

Chris

---

**From:** Maura Accini <m.accini@tcbtubi.it>
**Sent:** Tuesday, May 29, 2018 12:12 PM
**To:** Chris Kayem <chriskayem@texisle.com>
**Cc:** Andy Mejia <amejia@texisle.com>
**Subject:** Line Pipe API 5L

Dear Chris,
maybe I got a solution about delivery time but I will have a confirmation only tomorrow.
Now I have to solve the delivery way. Because as you told me by phone we can not load 42' in the 40' container. In your purchase you wrote 35' to 45'. Can we produced them between these parameter?

As soon I receive the picture with our stencil I wll forward you.
regards

Distinti Saluti/Best Regards/Gruesse
Maura Accini

GRUPPO AMENDUNI TUBI ACCIAIO
TECNOTUBI SPA
Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
Tel.+39 0309933231
Email :m.accini@tcbtubi.it
Webside : www.tecnotubi.amendunitubi.it

**Informativa sulla privacy d.lgs 196/03.**

Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all' art. 7 del D-LG 196/03, Lei volesse decidere l'eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.
Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.

You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.
For further information, contact our firm to the above mentioned address.

---

**Da:** Chris Kayem <chriskayem@texisle.com>
**Inviato:** martedì 29 maggio 2018 15:44
**A:** Maura Accini <m.accini@tcbtubi.it>
**Cc:** Andy Mejia <amejia@texisle.com>
**Oggetto:** Re: R: R: R: R: Line Pipe API 5L

Hi Maura, that works for us. Can we say 9:30 our time?

Chris
On May 29, 2018, at 8:23 AM, Maura Accini <m.accini@tcbtubi.it> wrote:

> Hi Chris and Andy,
> thanks very much for your help and details of yesterday.
> I would like to talk with you to clarify some more thing to define the sail/purchase contract.
> Can I call you in 1 hour?
> Waiting for your kind reply
> regards
> Distinti Saluti/Best Regards/Gruesse
> Maura Accini
>
> GRUPPO AMENDUNI TUBI ACCIAIO
> TECNOTUBI SPA
> Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
> Tel.+39 0309933231
> Email :m.accini@tcbtubi.it
> Webside : www.tecnotubi.amendunitubi.it

**Informativa sulla privacy d.lgs 196/03.**

Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all' art. 7 del D-LG 196/03, Lei volesse decidere l'eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.
Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.

You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.
For further information, contact our firm to the above mentioned address.

---

**Da:** Chris Kayem <chriskayem@texisle.com>
**Inviato:** lunedì 28 maggio 2018 16:21
**A:** Maura Accini <m.accini@tcbtubi.it>
**Cc:** Andy Mejia <amejia@texisle.com>
**Oggetto:** Re: R: R: R: Line Pipe API 5L

We will be coating this pipe with FBE and will be selling to upstream and midstream oil and gas companies for gathering lines and transportation lines.

We own our coating plant so our operators prefer to not have lacquer. When I refer to the stencil I am meaning the information such as head number, API number, etc. Because there will not be lacquer on the pipe we ask that some measure is taken to protect the information written on the pipe.

Chris
On May 28, 2018, at 9:07 AM, Maura Accini <m.accini@tcbtubi.it> wrote:

> Hi Chris,
> Can you just explain me what you mean with "some protective coating only on the stencil"? What is it stencil? The heat number stamped or the welding line?
> Normally when we ship the pipes by see we lacquered them to avoid the rust.
> Can you tell me what is the end use of these pipes?
>
> Distinti Saluti/Best Regards/Gruesse
> Maura Accini
>
> GRUPPO AMENDUNI TUBI ACCIAIO
> TECNOTUBI SPA
> Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
> Tel.+39 0309933231
> Email :m.accini@tcbtubi.it
> Webside : www.tecnotubi.amendunitubi.it
>
> ---
>
> **Informativa sulla privacy d.lgs 196/03.**
>
> Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all' art. 7 del D-LG 196/03, Lei volesse decidere l'eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività

e di distruggerlo o eliminarlo completamente.
Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.

You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.
For further information, contact our firm to the above mentioned address.

---

**Da:** Chris Kayem <chriskayem@texisle.com>
**Inviato:** lunedì 28 maggio 2018 16:02
**A:** Maura Accini <m.accini@tcbtubi.it>
**Cc:** Andy Mejia <amejia@texisle.com>
**Oggetto:** Re: R: R: Line Pipe API 5L

Hi Maura, I apologize, I did not realize Monday is a national holiday (Memorial Day). Would you be able to have the call tomorrow at the same time?

Chris
On May 28, 2018, at 8:12 AM, Maura Accini <m.accini@tcbtubi.it> wrote:

> Dear Chris,
> I think I will be able to call you around 09:30, Houston time.
> Hear you later on,
> regards
>
> Distinti Saluti/Best Regards/Gruesse
> Maura Accini
>
> GRUPPO AMENDUNI TUBI ACCIAIO
> TECNOTUBI SPA
> Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
> Tel.+39 0309933231
> Email :m.accini@tcbtubi.it
> Webside : www.tecnotubi.amendunitubi.it
>
> ---
>
> **Informativa sulla privacy d.lgs 196/03.**
>
> Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all' art. 7 del D-LG 196/03, Lei volesse decidere l'eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.
> Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.
>
> You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.
> For further information, contact our firm to the above mentioned address.
>
> ---
>
> **Da:** Chris Kayem <chriskayem@texisle.com>

**Inviato:** venerdì 25 maggio 2018 19:17
**A:** Maura Accini <m.accini@tcbtubi.it>
**Cc:** Andy Mejia <amejia@texisle.com>
**Oggetto:** RE: R: Line Pipe API 5L

We have a line pipe spec I will have our quality manager send to you. Hopefully that should answer most of your questions. Let me know what time you would like to talk on Monday.

Chris

---

**From:** Maura Accini <m.accini@tcbtubi.it>
**Sent:** Friday, May 25, 2018 10:48 AM
**To:** Chris Kayem <chriskayem@texisle.com>
**Cc:** Andy Mejia <amejia@texisle.com>
**Subject:** R: R: Line Pipe API 5L

Dear Chris,
Do you have some more requirement for the logistic?
Maybe Monday during my meeting it will be necessary to talk by phone for some details.
Thanks for your availability.

If I don't here you again today,
I wish you a good week end.
regards

Distinti Saluti/Best Regards/Gruesse
Maura Accini

GRUPPO AMENDUNI TUBI ACCIAIO
TECNOTUBI SPA
Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
Tel.+39 0309933231
Email :m.accini@tcbtubi.it
Webside : www.tecnotubi.amendunitubi.it

---

**Informativa sulla privacy d.lgs 196/03.**

Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all' art. 7 del D-LG 196/03, Lei volesse decidere l'eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.
Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.

You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.
For further information, contact our firm to the above mentioned address.

**Da:** Chris Kayem <chriskayem@texisle.com>
**Inviato:** venerdì 25 maggio 2018 17:04
**A:** Maura Accini <m.accini@tcbtubi.it>
**Cc:** Andy Mejia <amejia@texisle.com>
**Oggetto:** Re: R: Line Pipe API 5L

Hi Maura, I am sorry I missed your call.

Our preference is NO mill lacquer. We would like some protective coating only on the stencil but no coating on the pipe. Any improvement on delivery would be appreciated.

Please let me know if you would still like to have a call and I can make myself available.

Chris

On May 25, 2018, at 9:56 AM, Maura Accini <m.accini@tcbtubi.it> wrote:

> Dear Chris,
> I tried to contact you by phone but it was the voicemail so I write to you.
>
> We are considering your proposal about the price and to send you a definitive offer. We are arranging the plan of production to grant you a correct delivery.
> Monday I will meet with my colleague to put in order the plan of delivery and then I will be able to send you our official and detail offer.
>
> I would need to ask you if the pipes need to be lacquered or not. This will influence a little bit the delivery time.
>
> Waiting for your kind reply, I remain at disposal if you would like to call me.
> regards
> Distinti Saluti/Best Regards/Gruesse
> Maura Accini
>
> GRUPPO AMENDUNI TUBI ACCIAIO
> TECNOTUBI SPA
> Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
> Tel.+39 0309933231
> Email :m.accini@tcbtubi.it
> Webside : www.tecnotubi.amendunitubi.it
>
> ---
>
> **Informativa sulla privacy d.lgs 196/03.**
>
> Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi

di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all' art. 7 del D-LG 196/03, Lei volesse decidere l'eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.
Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.

You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.
For further information, contact our firm to the above mentioned address.

---

**Da:** Chris Kayem <chriskayem@texisle.com>
**Inviato:** martedì 22 maggio 2018 21:05
**A:** Maura Accini <m.accini@tcbtubi.it>
**Cc:** Andy Mejia <amejia@texisle.com>
**Oggetto:** RE: Line Pipe API 5L

Thank you Maura,

Two more questions?

1. Would you please consider reducing the price by $20 per metric ton?
2. Are you able to make **Diam:** 339,725 x **Thickness:** 8,382 **Grade:** J55 (API 5CT)

Chris

---

**From:** Maura Accini <m.accini@tcbtubi.it>
**Sent:** Tuesday, May 22, 2018 11:11 AM
**To:** Chris Kayem <chriskayem@texisle.com>
**Cc:** Andy Mejia <amejia@texisle.com>
**Subject:** R: Line Pipe API 5L

Dear Chris,
Sure, take your time to check the quote. I would need an answer or consideration later on Tuesday 24th.

About 76,2 x 7,62 I understand you still looking for API 5L pipes and unfortunately we can't produce it. Our API range starts from 4".
In our range we have diam. 76,1 x 7,1 EN10217/EN10219 .

You are welcome
Maura
Distinti Saluti/Best Regards/Gruesse

Maura Accini
GRUPPO AMENDUNI TUBI ACCIAIO
TECNOTUBI SPA
Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
Tel.+39 0309933231
Email :m.accini@tcbtubi.it
Webside : www.tecnotubi.amendunitubi.it

**Informativa sulla privacy d.lgs 196/03.**

Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all' art. 7 del D-LG 196/03, Lei volesse decidere l'eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.
Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.

You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.
For further information, contact our firm to the above mentioned address.

**Da:** Chris Kayem <chriskayem@texisle.com>
**Inviato:** martedì 22 maggio 2018 17:47
**A:** Maura Accini <m.accini@tcbtubi.it>
**Cc:** Andy Mejia <amejia@texisle.com>
**Oggetto:** RE: Line Pipe API 5L

Hello, Maura, thank you for the quote. Please give us a day to review and get back with you tomorrow.

In the meantime, are you able to produce the size **diam:** 76,2 x **thickness:** 7,62?

Thank you,

Chris

**From:** Maura Accini <m.accini@tcbtubi.it>
**Sent:** Monday, May 21, 2018 11:22 AM
**To:** Chris Kayem <chriskayem@texisle.com>
**Cc:** Andy Mejia <amejia@texisle.com>
**Subject:** Line Pipe API 5L

Dear Chris,
as I promised you here my offer for :

| **Line Pipe API 5 L** | **diam.** | **Thickness** | **Metric Tons** |
|---|---|---|---|
| 25,000' – 6 5/8"x.219 X52 PSL2 PEB DRL ERW | 168,3 | 5,56 | 200mt |
| 125,000' – 6 5/8"x.280 X52 PSL2 PEB DRL ERW | 168,3 | 7,11 | 1,200mt |
| 100,000' – 8 5/8"x.250 X52 PSL2 PEB DRL ERW | 219,1 | 6,35 | 1,000mt |
| 50,000' – 8 5/8"x.322 X52 PSL2 PEB DRL ERW | 219,1 | 8,18 | 650mt |
| 50,000' – 10 ¾"x.250 X52 PSL2 PEB DRL ERW | 273 | 6,35 | 650mt |
| 25,000' – 12 ¾"x.375 X52 PSL2 PEB DRL ERW | 323,9 | 9,52 | 375mt |
| | | total | 4.075 Metric Tons |

**Term of payment**: L/C at sight
**Delivery time** : 180 days from L/C date

**Option 1) :** 1.050 USD/Metric Ton
Condition of delivery : CFR Houston Port break bulk

**Option 2)** : 950 USD/Metric Ton
Condition of delivery : FAS Port of Genova.

Offer validity : 3 days.

Waiting for your kind consideration,
Regards
Maura

Distinti Saluti/Best Regards/Gruesse
Maura Accini

GRUPPO AMENDUNI TUBI ACCIAIO
TECNOTUBI SPA
Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
Tel.+39 0309933231
Email :m.accini@tcbtubi.it
Webside : www.tecnotubi.amendunitubi.it

---

**Informativa sulla privacy d.lgs 196/03.**

Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all' art. 7 del D-LG 196/03, Lei volesse decidere l'eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.
Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.

You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.
For further information, contact our firm to the above mentioned address.

---

**Da:** Chris Kayem <chriskayem@texisle.com>
**Inviato:** venerdì 18 maggio 2018 14:13
**A:** Maura Accini <m.accini@tcbtubi.it>
**Cc:** Andy Mejia <amejia@texisle.com>
**Oggetto:** Re: R: Tecnotubi Company - Visit tube 2018

Thank you Maura. No problem at all. We will await your reply.

Chris
On May 18, 2018, at 6:51 AM, Maura Accini <m.accini@tcbtubi.it> wrote:

> Dear Chris,
> sorry about the delay.
> We are talking about a significant quantity and I taken time to verify all the information and technical details.
> Without a doubt at the beginning of next week I will reply to you.
> Thanks and regards
>
> Distinti Saluti/Best

Regards/Gruesse
Maura Accini

GRUPPO AMENDUNI TUBI ACCIAIO
TECNOTUBI SPA
Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
Tel.+39 0309933231
Email :m.accini@tcbtubi.it
Webside : www.tecnotubi.amendunitubi.it

**Informativa sulla privacy d.lgs 196/03.**

Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all' art. 7 del D-LG 196/03, Lei volesse decidere l'eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.
Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.

You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.
For further information, contact our firm to the above mentioned address.

---

**Da:** Chris Kayem <chriskayem@texisle.com>
**Inviato:** venerdì 11 maggio 2018 17:40
**A:** Maura Accini <m.accini@tcbtubi.it>; Andy Mejia <amejia@texisle.com>
**Oggetto:** RE: Tecnotubi Company - Visit tube 2018

Hi Maura,

I apologize for the confusion. Let's try this again:

| Line Pipe | diam. | Thickness | Metric Tons |
|---|---|---|---|
| 6 5/8"x.219 X52 PSL2 PEB DRL ERW | 168,3 | 5,6 | 200mt |
| 6 5/8"x.280 X52 PSL2 PEB DRL ERW | 168,3 | 7,1 | 1,200mt |
| 8 5/8"x.250 X52 PSL2 PEB DRL ERW | 219,1 | 6,4 | 1,000mt |
| 8 5/8"x.322 X52 PSL2 PEB DRL ERW | 219,1 | 8 | 650mt |
| 10 ¾"x.250 X52 PSL2 PEB DRL ERW | 273 | 6,4 | 650mt |
| 12 ¾"x.375 X52 PSL2 PEB DRL ERW | 323,9 | 9,6 | 375mt |

All together this would amount to four thousand and seventy-five (4,075) metric tons for the total order.

Please let me know if further clarification is necessary.

Thank you for working with us on this.

Chris

---

**From:** Maura Accini <m.accini@tcbtubi.it>
**Sent:** Friday, May 11, 2018 4:02 AM
**To:** Chris Kayem <chriskayem@texisle.com>; Andy Mejia <amejia@texisle.com>
**Subject:** Tecnotubi Company - Visit tube 2018

Dear Chris,
Thanks for your list.

Here the conversion :

| | Line Pipe | diam. | thickness |
|---|---|---|---|
| 25,000 | 6 5/8"x.219 X52 PSL2 PEB DRL ERW | 168,3 | 5,6 |
| 125,000 | 6 5/8"x.280 X52 PSL2 PEB DRL ERW | 168,3 | 7,1 |

| | | | |
|---|---|---|---|
| 100,000 | 8 5/8”x.250 X52 PSL2 PEB DRL ERW | 219,1 | 6,4 |
| 50,000 | 8 5/8”x.322 X52 PSL2 PEB DRL ERW | 219,1 | 8 |
| 50,000 | 10 ¾”x.250 X52 PSL2 PEB DRL ERW | 273 | 6,4 |
| 25,000 | 12 ¾”x.375 X52 PSL2 PEB DRL ERW | 323,9 | 9,6 |

I don’t understand the quantity. It’s about mt, nr. Of pipes, or Tons.
And missing the length mt.

Waiting for your kind reply
regards

Distinti Saluti/Best Regards/Gruesse
Maura Accini

GRUPPO AMENDUNI TUBI ACCIAIO
TECNOTUBI SPA
Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
Tel.+39 0309933231
Email :m.accini@tcbtubi.it
Webside :
www.tecnotubi.amendunitubi.it

---

**Informativa sulla privacy d.lgs 196/03.**

Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all’ art. 7 del D-LG 196/03, Lei volesse decidere l’eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.
Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.

You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it

completely.
For further information, contact our firm to the above mentioned address.

---

**Da:** Chris Kayem <chriskayem@texisle.com>
**Inviato:** venerdì 11 maggio 2018 00:14
**A:** Maura Accini <m.accini@tcbtubi.it>; Andy Mejia <amejia@texisle.com>
**Oggetto:** RE: Tecnotubi Company - Visit tube 2018

Hi Maura,

Would you please quote the following items to API 5L:

**Line Pipe**
25,000' – 6 5/8"x.219 X52 PSL2 PEB DRL ERW
125,000' – 6 5/8"x.280 X52 PSL2 PEB DRL ERW
100,000' – 8 5/8"x.250 X52 PSL2 PEB DRL ERW
50,000' – 8 5/8"x.322 X52 PSL2 PEB DRL ERW
50,000' – 10 ¾"x.250 X52 PSL2 PEB DRL ERW
25,000' – 12 ¾"x.375 X52 PSL2 PEB DRL ERW

Please let us know if you would like for us to convert to metric. Also, please quote delivered to the port of Corpus Christi. If this is not something you have experience with then please quote delivered to the nearest port of export.

Let me know if you have any questions or require any clarification. Thank you and we look forward to receiving your quote.

Sincerely,

Chris

---

**From:** Maura Accini <m.accini@tcbtubi.it>
**Sent:** Thursday, May 10, 2018 1:59 AM
**To:** Chris Kayem

<chriskayem@texisle.com>; Andy Mejia <amejia@texisle.com>
**Subject:** R: Tecnotubi Company - Visit tube 2018

Hello,
Thanks for your reply.
Yes we can offer API 5L and 5CT.
Waiting for your assortment.

Maura
Distinti Saluti/Best Regards/Gruesse
Maura Accini

GRUPPO AMENDUNI TUBI ACCIAIO
TECNOTUBI SPA
Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
Tel.+39 0309933231
Email :m.accini@tcbtubi.it
Webside : www.tecnotubi.amendunitubi.it

**Informativa sulla privacy d.lgs 196/03.**

Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all' art. 7 del D-LG 196/03, Lei volesse decidere l'eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.
Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.

You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.
For further information, contact our firm to the above mentioned address.

**Da:** Chris Kayem

<chriskayem@texisle.com>
**Inviato:** mercoledì 9 maggio 2018 21:01
**A:** Maura Accini <m.accini@tcbtubi.it>; Andy Mejia <amejia@texisle.com>
**Oggetto:** RE: Tecnotubi Company - Visit tube 2018

Hello Maura,

Thank you for the note. Let us put together an assortment for you to quote. Can you quote API 5L and 5CT?

Chris

---

**From:** Maura Accini <m.accini@tcbtubi.it>
**Sent:** Tuesday, May 8, 2018 11:08 AM
**To:** Andy Mejia <amejia@texisle.com>
**Cc:** Chris Kayem <chriskayem@texisle.com>
**Subject:** Tecnotubi Company - Visit tube 2018
**Importance:** High

Dear Mr. Mejia & Mr. Kayem;

First of all, I would like to thank you for your visit in our stand during the Tube Exhibition 2018.
I would like to introduce myself. My name is Maura Accini and I'm in charge of the sales department of Tecnotubi Company.
We are manufacturer of welded and tested round/square and rectangular pipes, galvanized and gas pipelines.
Our range of production is from **diam. 42,4 mm to 508 mm** and **thickness from 2 mm to 10 mm**.

It would be a very big pleasure to have the possibility to offer you something from our production and to start with a good cooperation.

Here attached I send you our catalogue.

Waiting for your kind reply
Best Regards

Distinti Saluti/Best Regards/Gruesse
Maura Accini

GRUPPO AMENDUNI TUBI ACCIAIO
TECNOTUBI SPA
Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
Tel.+39 0309933231
Email :m.accini@tcbtubi.it

**Informativa sulla privacy d.lgs 196/03.**

Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all' art. 7 del D-LG 196/03, Lei volesse decidere l'eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.
Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.

You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.
For further information, contact our firm to the above mentioned address.

<Oversea export pipes.pdf>

A01 **alessio tubi** COMPANY WITH QUALITY MANAGEMENT SYSTEM CERTIFIED BY IGQ ACCORDING ISO 9001:2008

ALESSIO TUBI S.p.A.
Sede Legale: Via Ruggero Boscovich, 31 - 20124 Milano (MI) - Italia
Unità Locale: S.S. 20, Km 4 - 10040 La Loggia (TO) - Italia

A02 Certificato di controllo - Inspection certificate
Abnahmeprüfzeugnis
**3.1**
In accordo - according to - laut
EN 10204

A03 N. certificato - Certificate N. - Prüf N.: **11853 / 2018 / M**
Z02 Data - Date - Datum: **12/06/2018**
A05 Redattore documento - Originator of the document
Aussteller der Bescheinigung
Ufficio Qualità - Quality Dept - Qual. Abt.

A07 Cliente - Customer - Besteller 020248

Facsimile

| A07 Ordine - Order - Bestellung | del - of - vom | A10 N.conferma - order confirmation - Auftragsbestaetigung | del - of - vom | A11 Bolla - Delivery note - Lieferschein | del - of - vom | A12 Fattura - Invoice - Rechnung | del - of - vom |
|---|---|---|---|---|---|---|---|
| 101 | 22/02/2018 | 38/000991-01 | 27/02/2018 | 002150/20 | 12/06/2018 | | |

B01 **Tubi di acciaio saldati longitudinalmente HFW - Longitudinally welded steel tubes HFW - HFW Geschw.Stahlrohre**

A08 Commessa N° - Works N° - Werks N°: **TB2018 012537**

| B01 Norma di esecuzione - Standard specification - Ausführung | B02 Acciaio - Steel grade - Stahlgüte | B02 Norma acciaio - Steel standard - Stahlnorm | B04 Stato dei tubi - State of the tubes - Zustand der Rohre |
|---|---|---|---|
| API Spec. 5L 45th Ed. 2012 | GR.B / L245 | API Spec. 5L | PSL 1 - Plain Ends |

B06 Punzonatura - Punching - Stahlstempelung

B06 Marcatura - Marking - Markierung
**AT SPEC 5L 5L-0115 (API) 06-18 114,3x6,02x11800 GR.B/L245 PSL 1 HFW HEAT N° 01803173 012537 002 TESTED 2250 PSI**

Prove meccaniche - Mechanical Test - Mechanische Werte

| B08 N° tubi Tubes N° Stückzahl | B09 - B10 - B11 Dimensioni Size Abmessung mm | B12 Peso Weight Gewicht Ton | B14 Metri Meter Meter mt. | B07 Identific. Strip No./ Tube No. | Codice Code Code | B16 Colata Heat Schmelze | N° prova Test n° Probe n° | C01 M W / C02 L T / C03 T° 20°C | C10 Spess. Thick. Dicke mm | Largh. Widht Breite mm | C11 Re Mpa | C12 Rm Mpa | C13 A % | C01 M W / C02 L T / C03 T° 0°C | C41 Largh. Widht Breite mm | C40-C43 Kv 1 J Min 27 | Kv 2 J Min 27 | Kv 3 J Min 27 | Kv Mean J Min 27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 156 | Dn.114,3x6,02x11800 | 29,992 | 1840,8 | 17353-002 | 4886 | 01803173 | 1267 | M L | 6,05 | 38,3 | 418,6 | 494,1 | 37,8 | | | | | | |
| | | | | 80 | | | | | | | | | | | | | | | |

Analisi chimica - Chemical Composition - Schmelzeanalyse

| C00 | C71 C % | C72 Mn % | C73 Si % | C74 P % | C75 S % | C76 Al % | C77 Cr % | C78 Ni % | C79 Mo % | C80 Cu % | C81 V % | C82 Ti % | C83 Nb % | C84 N % | C85 B % | C86 CEIIW % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Max 0,260 | Max 1,200 | | Max 0,030 | Max 0,030 | | Max 0,500 | Max 0,500 | Max 0,500 | Max 0,500 | | | | | Max 0,001 | |
| * | 0,110 | 1,140 | 0,015 | 0,011 | 0,015 | 0,022 | 0,040 | 0,040 | 0,005 | 0,050 | 0,005 | 0,005 | 0,005 | 0,006 | 0,0005 | 0,316 |
| ** | 0,115 | 1,124 | 0,016 | 0,010 | 0,013 | 0,024 | 0,038 | 0,036 | 0,006 | 0,046 | 0,004 | 0,005 | 0,003 | 0,007 | 0,0003 | 0,317 |
| ** | 0,114 | 1,129 | 0,015 | 0,010 | 0,014 | 0,023 | 0,039 | 0,038 | 0,005 | 0,048 | 0,005 | 0,004 | 0,004 | 0,006 | 0,0004 | 0,318 |

C01 M=Materiale base - Base material - Ausgangsmaterial W=Saldatura - Weld - Schweißung C02 L=Longitudinale - Longitudinal - Longitudinal T= Trasversale - Transverse - Quer C03 Temperatura di prova - Test temperature - Prüftemperature °C C00 * = Heat analysis ** = Product analysis

Copy

| PROVE - TEST - RING | | RISULTATO - RESULT - ERGEBNIS |
|---|---|---|
| C61 Prova di schiacciamento - Flettening test - Ringfaltversuch | | Soddisfacente - satisfactory - befriedigend |
| D01 Controllo visivo e dimensionale - Visual and dimensional inspection - Besichtigung und Ausmessung | | Soddisfacente - satisfactory - befriedigend |
| D02 Prova idraulica di tutti i tubi / Hydraulic test of all tubes / Wasserinnendruckversuch alle Rohre | Pressione di prova - Pressure Tested - Probe druck: **2250** PSI; Tempo di prova - Test duration - Test dauer: **5** sec. | Soddisfacente - satisfactory - befriedigend |
| D04 Controllo NDT di tutti i tubi con Flusso Magnetico Disperso in accordo alla UNI EN ISO 10893-3 Liv. F 3 - N10 / NDT Test on all tubes with Magnetic Flux Leakage according to UNI EN ISO 10893-3 Lev. F 3 - N10 / Zerstoerungsfrei Pruefung alle Rohre mit Magnetischer Streufluss nach UNI EN ISO 10893-3 Lev. F 3 - N10 | | Soddisfacente - satisfactory - befriedigend |
| D51 Trattamento termico della zona saldata alla temperatura di 890° / Heat treatment of welding zone at the temperature of 890° / Nachglühen des Schweissnahtbereiches bei Temperatur von 890° | | Soddisfacente - satisfactory - befriedigend |

**ULTERIORI REQUISITI - ADDITIONAL REQUIREMENTS - WEITERE ANFORDERUNGEN**

Z01 In accordo alla direttiva PED 2014/68/EU, Alleg. 1, paragr. 4.3 - According to Directive PED 2014/68/EU Annex 1, Paragr. 4.3 - Gemaß TL - Richtlinie DGRL PED 2014/68/EU - Anhang 1, Absatz 4.3
I risultati sono conformi alla norma di riferimento - The requirements comply with the standard required - Die Ergebnisse sind laut norm.

Certifichiamo che il materiale fornito è conforme ai requisiti dell'ordinazione - We certify that the delivered products comply with the requirements -
Es wird bestätigt, dass die gelieferten-Erzeugnisse den Bestimmungen der Bestellung entsprechen.

Z05 TÜV SÜD — Materials — Production monitored — AD 2000 W0 — PED 2014/68/EU Annex I

Z02 Ugo Giordanino
Resp. Qualità - Quality Manager - Qualität Manager

| A01 | A02 | A03 | A07 |
|---|---|---|---|
| **TECNOTUBI** S.p.A.<br>AZIENDA CON SISTEMA DI GESTIONE PER LA QUALITÀ CERTIFICATO DA DNV = UNI EN ISO 9001:2008 =<br>Via Mazzini 240/242<br>I - 25020 ALFIANELLO (BS)<br>Tel. 030/9933.1 - fax 030/9933290 | Certificato di collaudo - Inspection certificate<br>Abnahmeprüfzeugnis<br>**3.1**<br>In accordo - according to - laut<br>EN 10204 | N. certificato - Certificate N. - Prüf N.<br>Z02 Data - Date - Datum<br>A05 Redattore documento - Originator of the document<br>Aussteller der Bescheinigung<br>Ufficio Qualità - Quality Dept - Qual. Abt. | Cliente - Customer - Besteller<br>HOUSTON - TEXAS ( USA ) |

| A07 Ordine - Order - Bestellung del - of - vom | A10 N.conferma - order confirmation - Auftragsbestaetigung del - of - vom | A11 Bolla - Delivery note - Lieferschein del - of - vom | A12 Fattura - Invoice - Rechnung del - of - vom |
|---|---|---|---|
| FE1047/000 p. 5 | 1848 | | |

B01 **Tubi di acciaio saldati longitudinalmente HFW - Longitudinally welded steel tubes HFW - HFW Geschw.Stahlrohre**

A08 Commessa N° - Works N° - Werks N°: **TB2014003493**

| B01 Norma di esecuzione - Standard specification - Ausführung | B02 Acciaio - Steel grade - Stahlgüte | Norma acciaio - Steel standard - Stahlnorm | B04 Stato dei tubi - State of the tubes - Zustand der Rohre |
|---|---|---|---|
| API Spec.5L 45th edition:2012 | X52N | API Spec.5L 45th edition:2012 | PSL2 |

B05 Punzonatura - Punching - Stahlstempelung

B06 Marcatura dei tubi - Marking of the tubes - Rohrenkennzeichnung: **TCB Spec.5L-0942 (API monogram) 09-14 8.625 0.322 X52N PSL2 HFW WI 730425468 C**

Prove meccaniche - Mechanical Test - Mechanische Werte

| B08 N° tubi Tubes N° Stückzahl | N° pacchi Bundles Nr. Bunde Nr. | B09 - B10 - B11 Dimensioni Size Abmessung | B12 Peso Weight Gewicht Kg. | B14 Lunghezza Lenght ft. | B15 - B16 Colata Heat Schmelze | N° prova Test n° Probe n° | C01 M W / C02 L T / C03 T (°C) | C11 Re Mpa | C12 Rm Mpa | C13 A % | C40-C43 Kv1 J | Kv2 J | Kv3 J | Kvm J |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | min. 360 min / 530 max | min. 460 min / 760 max | min. 20 | 27 | 27 | 27 | min 27 |
| 627 | 132 | 8.625" x 0.322" x 38 ft. -0/+22 | 290350 | 25992,00 | 730425468 | 01 | M T | 447,0 | 512,0 | 27,0 | 85 | 84 | 115 | 95 |
| | | (219.1 x 8.18 x 11585 mm) | | | 730425468 | 02 | M T | 450,0 | 518,0 | 28,0 | | | | |
| | | | | | 730425468 | 03 | M T | 456,0 | 524,0 | 28,0 | | | | |
| | | | | | 730425468 | 04 | M T | 461,0 | 528,0 | 27,0 | | | | |
| | | | | | 730425468 | 05 | W T | 483,0 | 528,0 | 26,0 | | | | |
| | | | | | 730425468 | 06 | W T | 494,0 | 521,0 | 26,0 | | | | |
| | | | | | 730425468 | 07 | W T | 488,0 | 524,0 | 26,0 | | | | |
| | | | | | 730425468 | 08 | W T | 490,0 | 518,0 | 26,0 | | | | |

Analisi chimica - Chemical Composition - Schmelzeanalyse

| | C71 C % | C72 Mn % | C73 Si % | C74 P % | C75 S % | C76 Al % | C77 Cr % | C78 Ni % | C79 Mo % | C80 Cu % | C81 V % | C82 Ti % | C83 Nb % | C84 | Cev CEV % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| max. | 0,240 | 1,400 | 0,450 | 0,025 | 0,015 | | 0,300 | 0,300 | 0,150 | 0,500 | 0,100 | 0,040 | 0,050 | | 0,250 |
| Heat analysis | 0,070 | 1,100 | 0,180 | 0,014 | 0,003 | 0,031 | 0,020 | 0,010 | 0,001 | 0,010 | 0,002 | 0,001 | 0,021 | | 0,1329 |
| Product analysis | 0,061 | 1,070 | 0,172 | 0,003 | 0,012 | 0,028 | 0,015 | 0,002 | 0,001 | 0,011 | 0,010 | 0,001 | 0,003 | | 0,1226 |
| | 0,064 | 1,058 | 0,169 | 0,002 | 0,010 | 0,025 | 0,017 | 0,001 | 0,002 | 0,008 | 0,009 | 0,002 | 0,005 | | 0,1248 |

C01 M=Materiale base - Base material - Ausgangsmaterial W=Saldatura - Weld - Schweißung C02 L=Longitudinale - Longitudinal - Longitudinal T= Trasversale - Transverse - Quer C03(°) Temperatura di prova - Test temperature - Prüftemperature 0°C

| PROVE - TEST - RING | | | RISULTATO - RESULT - ERGEBNIS |
|---|---|---|---|
| C60 Prova di allargamento - Drift expanding test - Aufweitversuch | | | Soddisfacente - satisfactory - befriedigend |
| C61 Prova di schiacciamento - Flettening test - Ringfaltversuch | | | Soddisfacente - satisfactory - befriedigend |
| D01 Controllo visivo e dimensionale - Visual and dimensional inspection - Besichtigung und Ausmessung | | | Soddisfacente - satisfactory - befriedigend |
| D02 Prova idraulica di tutti i tubi<br>Hydraulic test of all tubes<br>Wasserinnendruckversuch alle Rohre | Pressione di prova - Pressure Tested - Probe druck<br>2683 psi | Tempo di prova - Test duration - Test dauer<br>5 sec. | Soddisfacente - satisfactory - befriedigend |
| D04 Controllo NDT di tutti i tubi con ultrasuoni in accordo alla ISO 10893-11 U3<br>NDT Test on all tubes with ultrasonic test according to ISO 10893-11 /U3<br>Zerstoerungsfrei Pruefung alle Rohre mit Ultraschalltest ISO 10893-11 /U3 | | | Soddisfacente - satisfactory - befriedigend |
| D04 Trattamento termico della zona saldata alla tempertura di 920° C.<br>Heat treatment of welding zone at the temperature of 920° C.<br>Nachglühen des schweissnahtbereiches bei temperatur von 920° C. | | | Soddisfacente - satisfactory - befriedigend |

Z01 I risultati sono conformi alla norma di riferimento - The requirements comply with the standard required - Die ergebnisse sind laut standard
In accordo alla direttiva 97/23/CE (PED), Allegato 1, paragrafo 4,3 - According to Directive 97/23/CE (PED) Annex 1, Paragraph 4.3 - Gemäß TL - Richtlinie DGRL 97/23/EC - Anhang 1, Absatz 4 3

Z02 Abele Merante
Il collaudatore di stabilimento - Work's inspector - Der werkssachverstandige

Documento in accordo alla EN 10168 - Document according to EN 10168 - Dokument laut EN 10168

N. 47/6

A01

**TECNOTUBI** S.p.A.

AZIENDA CON SISTEMA DI GESTIONE PER LA QUALITÀ CERTIFICATO DA DNV = UNI EN ISO 9001:2008 =

Via Mazzini 240/242
I - 25020 ALFIANELLO (BS)
Tel. 030/9933.1 - fax 030/9933290

A02 Certificato di collaudo - Inspection certificate - Abnahmeprüfzeugnis

**3.1**

In accordo - according to - laut
EN 10204

A03 N. certificato - Certificate N. - Prüf N.

Z02 Data - Date - Datum

A05 Redattore documento - Originator of the document - Aussteller der Bescheinigung
Ufficio Qualità - Quality Dept - Qual. Abt.

A07 Cliente - Customer - Besteller
HOUSTON - TEXAS ( USA )

| A07 Ordine - Order - Bestellung | del - of - vom | A10 N.conferma - order confirmation - Auftragsbestaetigung | del - of - vom | A11 Bolla - Delivery note - Lieferschein | del - of - vom | A12 Fattura - Invoice - Rechnung | del - of - vom |
|---|---|---|---|---|---|---|---|
| FE1047/000 p. 6 | | 1848 | | | | | |

B01 Tubi di acciaio saldati longitudinalmente HFW - Longitudinally welded steel tubes HFW - HFW Geschw.Stahlrohre

A08 Commessa N° - Works N° - Werks N°: TB2014003916

| B01 Norma di esecuzione - Standard specification - Ausführung | B02 Acciaio - Steel grade - Stahlgüte | Norma acciaio - Steel standard - Stahlnorm | B04 Stato dei tubi - State of the tubes - Zustand der Rohre |
|---|---|---|---|
| API Spec.5L 45th edition:2012 | X52N | API Spec.5L 45th edition:2012 | PSL2 |

B06 Punzonatura - Punching - Stahlstempelung

B06 Marcatura dei tubi - Marking of the tubes - Rohrenkennzeichnung
TCB Spec.5L-0942 (API monogram) 10-14 6.625 0.280 X52N PSL2 HFW WI 730425466 C

Prove meccaniche - Mechanical Test - Mechanische Werte

| B08 N° tubi Tubes N° Stückzahl | N° pacchi Bundles Nr. Bunde Nr. | B09 - B10 - B11 Dimensioni Size Abmessung | B12 Peso Weight Gewicht Kg. | B14 Lunghezza Lenght ft. | B15 - B16 Colata Heat Schmelze | N° prova Test n° Probe n° | C01 M W / C02 L T / C03 T (°C) | C11 Re Mpa | C12 Rm Mpa | C13 A % min | C40-C43 Kv1 J | Kv2 J | Kv3 J | Kvm J min |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 360 min / 530 max | 460 min / 760 max | 20 | | | | |
| 799 | 8 | 6.625" x 0.280" x 38 ft. -0/+22 | 246768 | 30373,1 | 730425466 | 01 | M L | 445 | 496 | 24 | | | | |
| | | (168.3 x 7.11 x 11585 mm) | | | 730425466 | 02 | M L | 456 | 512 | 26 | | | | |
| | | | | | 730425466 | 03 | M L | 464 | 518 | 26 | | | | |
| | | | | | 730425466 | 04 | M L | 452 | 508 | 26 | | | | |

Analisi chimica - Chemical Composition - Schmelzeanalyse

| | C71 C % | C72 Mn % | C73 Si % | C74 P % | C75 S % | C76 Al % | C77 Cr % | C78 Ni % | C79 Mo % | C80 Cu % | C81 V % | C82 Ti % | C83 Nb % | C84 | Cev CEV % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| max. | 0,240 | 1,400 | 0,450 | 0,025 | 0,015 | | 0,300 | 0,300 | 0,150 | 0,500 | 0,100 | 0,040 | 0,050 | | 0,250 |
| Heat analysis | 0,070 | 1,140 | 0,160 | 0,017 | 0,003 | 0,031 | 0,020 | 0,010 | 0,001 | 0,010 | 0,001 | 0,001 | 0,020 | | 0,1342 |
| Product analysis | 0,062 | 1,152 | 0,160 | 0,012 | 0,005 | 0,032 | 0,022 | 0,007 | 0,002 | 0,012 | 0,001 | 0,002 | 0,012 | | 0,127 |
| | 0,068 | 1,159 | 0,164 | 0,014 | 0,004 | 0,038 | 0,025 | 0,010 | 0,001 | 0,011 | 0,001 | 0,001 | 0,014 | | 0,1336 |

C01 M=Materiale base - Base material - Ausgangsmaterial W=Saldatura - Weld - Schweißung C02 L=Longitudinale - Longitudinal - Longitudinal T= Trasversale - Transverse - Quer C03(*) Temperatura di prova - Test temperature - Prüftemperature ......°C

| PROVE - TEST - RING | | | RISULTATO - RESULT - ERGEBNIS |
|---|---|---|---|
| C60 Prova di allargamento - Drift expanding test - Aufweitversuch | | | Soddisfacente - satisfactory - befriedigend |
| C61 Prova di schiacciamento - Flettening test - Ringfaltversuch | | | Soddisfacente - satisfactory - befriedigend |
| D01 Controllo visivo e dimensionale - Visual and dimensional inspection - Besichtigung und Ausmessung | | | Soddisfacente - satisfactory - befriedigend |
| D02 Prova idraulica di tutti i tubi / Hydraulic test of all tubes / Wasserinnendruckversuch alle Rohre | Pressione di prova - Pressure Tested - Probe druck: 2980 psi | Tempo di prova - Test duration - Test dauer: 5 sec. | Soddisfacente - satisfactory - befriedigend |
| D04 Controllo NDT di tutti i tubi con ultrasuoni in accordo alla ISO 10893-1 / U3 / NDT Test on all tubes with ultrasonic test according to ISO 10893-11 /U3 / Zerstoerungsfrei Pruefung alle Rohre mit Ultraschalltest ISO 10893-11 /U3 | | | Soddisfacente - satisfactory - befriedigend |
| D04 Trattamento termico della zona saldata alla tempertura di 920° C. / Heat treatment of welding zone at the temperature of 920° C. / Nachglühen des schweissnahtbereiches bei temperatur von 920° C. | | | Soddisfacente - satisfactory - befriedigend |

Z01 I risultati sono conformi alla norma di riferimento - The requirements comply with the standard required - Die ergebnisse sind laut standard
In accordo alla direttiva 97/23/CE (PED), Allegato 1, paragrafo 4.3 - According to Directive 97/23/CE (PED) Annex 1, Paragraph 4.3 - Gemaß TL - Richtlinie DGRL 97/23/EC - Anhang 1, Absatz 4.3

Z02 Abele Merante
Il collaudatore di stabilimento - Work's inspector - Der werkssachverstandige

Documento in accordo alla EN 10168 - Document according to EN 10168 - Dokument laut EN 10168

N. 47/6

# CX 4

**To:** Andy Mejia[amejia@texisle.com]
**Cc:** Chris Kayem[chriskayem@texisle.com]
**From:** Maura Accini[m.accini@tcbtubi.it]
**Sent:** Fri 6/15/2018 9:55:13 AM (UTC-05:00)
**Subject:** R: Definitive offer of Line Pipe API 5L

Dear Andy, I called my colleague but in this moment his not in the office he will back soon.

Sorry for the confusion about Companies. Just to explain you better :

We are : GRUPPO AMENDUNI TUBI ACCIAIO (Amenduni Group).
The Group is composed by these branch :

- Tecnotubi company Spa (round carbon steel pipes);
- Alessio Tubi Spa (rectangular/square pipes and round pipes) in this moment they are the only one who can produce API 5L/5CT pipes because they have the valid certification.
- Zinchitalia (galvanized pipes)
- Antares (stockholders of seamles pipes).

Later on maura

Distinti Saluti/Best Regards/Gruesse
Maura Accini

GRUPPO AMENDUNI TUBI ACCIAIO
TECNOTUBI SPA
Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
Tel.+39 0309933231
Email :m.accini@tcbtubi.it
Webside : www.tecnotubi.amendunitubi.it

**Informativa sulla privacy d.lgs 196/03.**

Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all' art. 7 del D-LG 196/03, Lei volesse decidere l'eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.
Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.

You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.
For further information, contact our firm to the above mentioned address.

---

**Da:** Andy Mejia <amejia@texisle.com>
**Inviato:** venerdì 15 giugno 2018 16:05
**A:** Maura Accini <m.accini@tcbtubi.it>
**Cc:** Chris Kayem <chriskayem@texisle.com>
**Oggetto:** RE: Definitive offer of Line Pipe API 5L

Hi Maura,

Thank you for sending over the sample mill certificates. I am currently working on finalizing the placeholder purchase order from Tex-Isle.

Regards.

Andy Mejia
Tex-Isle Supply, Inc.

Main: 713-461-1012
Cell: 281-830-3397
amejia@texisle.com



**From:** Maura Accini <m.accini@tcbtubi.it>
**Sent:** Friday, June 15, 2018 5:42 AM
**To:** Andy Mejia <amejia@texisle.com>
**Cc:** Chris Kayem <chriskayem@texisle.com>
**Subject:** R: Definitive offer of Line Pipe API 5L

Der Andy,
here attached our certificates.
As you can see one is issued from Tecnotubi and one from Alessio.
As I explained you Alessio is our branch. They are specific producer for big diameter.

As I told you to produce big quantity for us is not a problem. The only problem is to purchase the raw material in short time for deliver in October.
Up to you to reduce or split quantity in two deliveries : One for October 2018 and second for December 2018.

Waiting for your PO
regards
Distinti Saluti/Best Regards/Gruesse
Maura Accini

GRUPPO AMENDUNI TUBI ACCIAIO
TECNOTUBI SPA
Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
Tel.+39 0309933231
Email :m.accini@tcbtubi.it
Webside : www.tecnotubi.amendunitubi.it

**Informativa sulla privacy d.lgs 196/03.**

Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all' art. 7 del D-LG 196/03, Lei volesse decidere l'eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.
Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.

You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.
For further information, contact our firm to the above mentioned address.

**Da:** Maura Accini
**Inviato:** giovedì 14 giugno 2018 20:26
**A:** Andy Mejia <amejia@texisle.com>
**Oggetto:** Re: Definitive offer of Line Pipe API 5L

Dear Andy,

I'll do. Tomorrow morning I will send you the cert as sample of our API 5L pipes.

If you and/or your trader have some question about our production or procedure don't hesitate to ask.

As soon you decide which one will take contact with me, please inform me.

I remain at disposal, waiting for everything,

Have a good day,

By Maura

---

**Da:** Andy Mejia <amejia@texisle.com>
**Inviato:** giovedì 14 giugno 2018 17:26:50
**A:** Maura Accini
**Oggetto:** RE: Definitive offer of Line Pipe API 5L

Hi Maura,

Please send over a sample **API 5L material test report/certificate** when you have an opportunity tomorrow.

I will follow up tomorrow with the reduced quantity of tons and the purchase order.

Have a nice evening.

Regards,

Andy Mejia
Tex-Isle Supply, Inc.
Main: 713-461-1012
Cell: 281-830-3397
amejia@texisle.com

---

**From:** Maura Accini <m.accini@tcbtubi.it>
**Sent:** Thursday, June 14, 2018 8:45 AM
**To:** Andy Mejia <amejia@texisle.com>
**Subject:** I: Definitive offer of Line Pipe API 5L

---

**From:** Maura Accini <m.accini@tcbtubi.it>
**Sent:** Wednesday, June 6, 2018 12:01 PM
**To:** Chris Kayem <chriskayem@texisle.com>
**Cc:** Andy Mejia <amejia@texisle.com>
**Subject:** Definitive offer of Line Pipe API 5L

Dear Chris/Andy,
I would like to send you hereunder our definitive offer of:

| Line Pipe API 5L | diam. | Thickness | Metric Tons |
|---|---|---|---|
| 25,000' – 6 5/8"x.219 X52 PSL2 PEB DRL ERW | 168,3 | 5,56 | 200mt |
| 125,000' – 6 5/8"x.280 X52 PSL2 PEB DRL ERW | 168,3 | 7,11 | 1,200mt |
| 100,000' – 8 5/8"x.250 X52 PSL2 PEB DRL ERW | 219,1 | 6,35 | 1,000mt |
| 50,000' – 8 5/8"x.322 X52 PSL2 PEB DRL ERW | 219,1 | 8,18 | 650mt |
| 50,000' – 10 ¾"x.250 X52 PSL2 PEB DRL ERW | 273 | 6,35 | 650mt |
| 25,000' – 12 ¾"x.375 X52 PSL2 PEB DRL ERW | 323,9 | 9,52 | 375mt |

(length of pipes 42').

Total of Metric tons 4.075 mt.

**Term of payment:** L/C at sight to issue within 7 days (to allow a timely supply of the raw material).

**Delivery time**: within end of October 2018 last date of shipment 15/11/2018.

Price: 930 Usd/Mt. Pipes will be invoiced in USD 100/feet. FAS port of Genova (other ports of departure to be consider).

Waiting to be contact from your trader,
regards

Distinti Saluti/Best Regards/Gruesse
Maura Accini

GRUPPO AMENDUNI TUBI ACCIAIO
TECNOTUBI SPA
Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
Tel.+39 0309933231
Email :m.accini@tcbtubi.it
Webside : www.tecnotubi.amendunitubi.it

**Informativa sulla privacy d.lgs 196/03.**

Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all' art. 7 del D-LG 196/03, Lei volesse decidere l'eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.
Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.

You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.
For further information, contact our firm to the above mentioned address.

---

**Da:** Maura Accini
**Inviato:** lunedì 4 giugno 2018 17:53
**A:** 'Andy Mejia' <amejia@texisle.com>
**Cc:** 'Chris Kayem' <chriskayem@texisle.com>
**Oggetto:** Definitive offer of Line Pipe API 5L

Dear Chris/Andy,
I would like to send you hereunder our definitive offer of:

| Line Pipe API 5L | diam. | Thickness | Metric Tons |
|---|---|---|---|
| 25,000’ – 6 5/8”x.219 X52 PSL2 PEB DRL ERW | 168,3 | 5,56 | 200mt |
| 125,000’ – 6 5/8”x.280 X52 PSL2 PEB DRL ERW | 168,3 | 7,11 | 1,200mt |
| 100,000’ – 8 5/8”x.250 X52 PSL2 PEB DRL ERW | 219,1 | 6,35 | 1,000mt |
| 50,000’ – 8 5/8”x.322 X52 PSL2 PEB DRL ERW | 219,1 | 8,18 | 650mt |
| 50,000’ – 10 ¾”x.250 X52 PSL2 PEB DRL ERW | 273 | 6,35 | 650mt |
| 25,000’ – 12 ¾”x.375 X52 PSL2 PEB DRL ERW | 323,9 | 9,52 | 375mt |

(length of pipes 42’).

Total of Metric tons 4.075 mt.

**Term of payment:** L/C at sight to issue within 7 days (to allow a timely supply of the raw material).

**Delivery time**: within end of October 2018 last date of shipment 15/11/2018.

**Option 1)**
Price: 1.030 Usd/Mt. Pipes will be invoiced in USD 100/feet. CFR Houston break bulk duty unpaid.
**Option 2)**
Price: 1.080 Usd/Mt. Pipes will be invoiced in USD 100/feet. CFR Corpus Christi break bulk duty unpaid.

The supplier Tecnotubi S.p.A. is not responsible of any damages (corrosion, salt water or other chemicals) incurred during the transportation, in specific break bulk, because the Customer doesn’t require lacquered pipes.

Waiting for your quickly confirmation to grant delivery time;

Distinti Saluti/Best Regards/Gruesse
Maura Accini

GRUPPO AMENDUNI TUBI ACCIAIO
TECNOTUBI SPA
Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
Tel.+39 0309933231
Email :m.accini@tcbtubi.it
Webside : www.tecnotubi.amendunitubi.it

**Informativa sulla privacy d.lgs 196/03.**

Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all’ art. 7 del D-LG 196/03, Lei volesse decidere l’eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.
Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.

You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.
For further information, contact our firm to the above mentioned address.

**Da:** Maura Accini
**Inviato:** venerdì 1 giugno 2018 14:40

**A:** 'Andy Mejia' <amejia@texisle.com>
**Cc:** 'Chris Kayem' <chriskayem@texisle.com>
**Oggetto:** R: R: R: Line Pipe API 5L

Dear Andy, thanks I will call you at 09:30 your hour time.

I specify here the points I would like to define :

- Points. 4.6 : Do you want the bevel protectors ? Which one?
- Point. 6 : Please add : length 38' (11.583mm) if delivering in container 40' – Length average 42' (12.802mm) if delivering in break bulk.
- Point. 8 : It should be add : the supplier is not responsible of any damages (corrosion, salt water or other chemicals) incurred during the transportation, in specific break bulk, because the Customer doesn't require lacquered pipes.
- Point. 9 : I'm waiting for the confirmation of marking pipes in both ends.
- Point. 10 : To avoid particular damages on the transportation, supplier and customer agree deliver pipes in 40' container.

Hear you later

Distinti Saluti/Best Regards/Gruesse
Maura Accini

GRUPPO AMENDUNI TUBI ACCIAIO
TECNOTUBI SPA
Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
Tel.+39 0309933231
Email :m.accini@tcbtubi.it
Webside : www.tecnotubi.amendunitubi.it

**Informativa sulla privacy d.lgs 196/03.**

Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all' art. 7 del D-LG 196/03, Lei volesse decidere l'eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.
Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.

You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.
For further information, contact our firm to the above mentioned address.

**Da:** Chris Kayem <chriskayem@texisle.com>
**Inviato:** venerdì 1 giugno 2018 12:43
**A:** Maura Accini <m.accini@tcbtubi.it>
**Cc:** Andy Mejia <amejia@texisle.com>
**Oggetto:** Re: R: R: Line Pipe API 5L

Hi Maura, I am out of the office today traveling, however, I believe Andy may be available to have a call with you.
On Jun 1, 2018, at 5:11 AM, Maura Accini <m.accini@tcbtubi.it> wrote:

> Dear Chris/Andy,
> Sorry for my short notice but I would need to talk with you before to send you our official offer.
> I confirm you that we can deliver within end of October. Now we have to define the length of the pipes.
> At what time can I call you?
>
> Distinti Saluti/Best Regards/Gruesse
> Maura Accini

GRUPPO AMENDUNI TUBI ACCIAIO
TECNOTUBI SPA
Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
Tel.+39 0309933231
Email :m.accini@tcbtubi.it
Webside : www.tecnotubi.amendunitubi.it

**Informativa sulla privacy d.lgs 196/03.**

Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all' art. 7 del D-LG 196/03, Lei volesse decidere l'eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.
Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.

You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.
For further information, contact our firm to the above mentioned address.

---

**Da:** Maura Accini
**Inviato:** mercoledì 30 maggio 2018 15:20
**A:** 'Chris Kayem' <chriskayem@texisle.com>
**Cc:** Andy Mejia <amejia@texisle.com>
**Oggetto:** R: R: Line Pipe API 5L

Yes Chris I confirm you that we can deliver in break bulk but without the protection the risk is the corrosion.
This is the reason I proposed you the container.

Maura
Distinti Saluti/Best Regards/Gruesse
Maura Accini

GRUPPO AMENDUNI TUBI ACCIAIO
TECNOTUBI SPA
Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
Tel.+39 0309933231
Email :m.accini@tcbtubi.it
Webside : www.tecnotubi.amendunitubi.it

**Informativa sulla privacy d.lgs 196/03.**

Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all' art. 7 del D-LG 196/03, Lei volesse decidere l'eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.
Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.

You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.
For further information, contact our firm to the above mentioned address.

---

**Da:** Chris Kayem <chriskayem@texisle.com>
**Inviato:** mercoledì 30 maggio 2018 15:16
**A:** Maura Accini <m.accini@tcbtubi.it>
**Cc:** Andy Mejia <amejia@texisle.com>

**Oggetto:** Re: R: Line Pipe API 5L

Yes Maura, I believe you are correct, it is break bulk. Andy, can you confirm?
On May 30, 2018, at 8:01 AM, Maura Accini <m.accini@tcbtubi.it> wrote:

Dear Chris,
here attached an example of the stencil.
They are carbon steel pipes no Api pipes. We ship these pipes by vessel in break bulk.

I asked to some shipping company about dry bulk and it's look like break bulk. Can you confirm me?
Maura

Distinti Saluti/Best Regards/Gruesse
Maura Accini

GRUPPO AMENDUNI TUBI ACCIAIO
TECNOTUBI SPA
Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
Tel.+39 0309933231
Email :m.accini@tcbtubi.it
Webside : www.tecnotubi.amendunitubi.it

**Informativa sulla privacy d.lgs 196/03.**

Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all' art. 7 del D-LG 196/03, Lei volesse decidere l'eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.
Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.

You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.
For further information, contact our firm to the above mentioned address.

**Da:** Chris Kayem <chriskayem@texisle.com>
**Inviato:** mercoledì 30 maggio 2018 00:52
**A:** Maura Accini <m.accini@tcbtubi.it>
**Cc:** Andy Mejia <amejia@texisle.com>
**Oggetto:** RE: Line Pipe API 5L

Thank you Maura, glad to hear you might have a solution for the delivery time. We will await the picture of the stencil.

As for the lengths, yes, we can accept 35'-45' as per our purchase specification, however, the order must have an *average* length of 42'. Therefore, in order to achieve this average, some percentage of the order would need to be longer than 40'. Are you able to ship dry bulk?

Chris

**From:** Maura Accini <m.accini@tcbtubi.it>
**Sent:** Tuesday, May 29, 2018 12:12 PM
**To:** Chris Kayem <chriskayem@texisle.com>
**Cc:** Andy Mejia <amejia@texisle.com>
**Subject:** Line Pipe API 5L

Dear Chris,
maybe I got a solution about delivery time but I will have a confirmation only tomorrow.
Now I have to solve the delivery way. Because as you told me by phone we can not load 42' in the 40' container. In your purchase you wrote 35' to 45'. Can we produced them between these parameter?

As soon I receive the picture with our stencil I wll forward you.
regards

Distinti Saluti/Best Regards/Gruesse
Maura Accini

GRUPPO AMENDUNI TUBI ACCIAIO
TECNOTUBI SPA
Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
Tel.+39 0309933231
Email :m.accini@tcbtubi.it
Webside : www.tecnotubi.amendunitubi.it

---

**Informativa sulla privacy d.lgs 196/03.**

Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all' art. 7 del D-LG 196/03, Lei volesse decidere l'eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.
Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.

You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.
For further information, contact our firm to the above mentioned address.

---

**Da:** Chris Kayem <chriskayem@texisle.com>
**Inviato:** martedì 29 maggio 2018 15:44
**A:** Maura Accini <m.accini@tcbtubi.it>
**Cc:** Andy Mejia <amejia@texisle.com>
**Oggetto:** Re: R: R: R: R: Line Pipe API 5L

Hi Maura, that works for us. Can we say 9:30 our time?

Chris
On May 29, 2018, at 8:23 AM, Maura Accini <m.accini@tcbtubi.it> wrote:

> Hi Chris and Andy,
> thanks very much for your help and details of yesterday.
> I would like to talk with you to clarify some more thing to define the sail/purchase contract.
> Can I call you in 1 hour?
> Waiting for your kind reply
> regards
> Distinti Saluti/Best Regards/Gruesse
> Maura Accini
>
> GRUPPO AMENDUNI TUBI ACCIAIO
> TECNOTUBI SPA
> Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.

Tel.+39 0309933231
Email :m.accini@tcbtubi.it
Webside : www.tecnotubi.amendunitubi.it

**Informativa sulla privacy d.lgs 196/03.**

Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all' art. 7 del D-LG 196/03, Lei volesse decidere l'eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.
Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.

You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.
For further information, contact our firm to the above mentioned address.

---

**Da:** Chris Kayem <chriskayem@texisle.com>
**Inviato:** lunedì 28 maggio 2018 16:21
**A:** Maura Accini <m.accini@tcbtubi.it>
**Cc:** Andy Mejia <amejia@texisle.com>
**Oggetto:** Re: R: R: R: Line Pipe API 5L

We will be coating this pipe with FBE and will be selling to upstream and midstream oil and gas companies for gathering lines and transportation lines.

We own our coating plant so our operators prefer to not have lacquer. When I refer to the stencil I am meaning the information such as head number, API number, etc. Because there will not be lacquer on the pipe we ask that some measure is taken to protect the information written on the pipe.

Chris
On May 28, 2018, at 9:07 AM, Maura Accini <m.accini@tcbtubi.it> wrote:

> Hi Chris,
> Can you just explain me what you mean with "some protective coating only on the stencil"? What is it stencil? The heat number stamped or the welding line?
> Normally when we ship the pipes by see we lacquered them to avoid the rust.
> Can you tell me what is the end use of these pipes?
>
> Distinti Saluti/Best Regards/Gruesse
> Maura Accini
>
> GRUPPO AMENDUNI TUBI ACCIAIO
> TECNOTUBI SPA
> Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
> Tel.+39 0309933231
> Email :m.accini@tcbtubi.it
> Webside : www.tecnotubi.amendunitubi.it
>
> **Informativa sulla privacy d.lgs 196/03.**

Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all' art. 7 del D-LG 196/03, Lei volesse decidere l'eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.
Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.

You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.
For further information, contact our firm to the above mentioned address.

---

**Da:** Chris Kayem <chriskayem@texisle.com>
**Inviato:** lunedì 28 maggio 2018 16:02
**A:** Maura Accini <m.accini@tcbtubi.it>
**Cc:** Andy Mejia <amejia@texisle.com>
**Oggetto:** Re: R: R: Line Pipe API 5L

Hi Maura, I apologize, I did not realize Monday is a national holiday (Memorial Day). Would you be able to have the call tomorrow at the same time?

Chris
On May 28, 2018, at 8:12 AM, Maura Accini <m.accini@tcbtubi.it> wrote:

> Dear Chris,
> I think I will be able to call you around 09:30, Houston time.
> Hear you later on,
> regards
>
> Distinti Saluti/Best Regards/Gruesse
> Maura Accini
>
> GRUPPO AMENDUNI TUBI ACCIAIO
> TECNOTUBI SPA
> Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
> Tel.+39 0309933231
> Email :m.accini@tcbtubi.it
> Webside : www.tecnotubi.amendunitubi.it
>
> ______________________________________________
>
> **Informativa sulla privacy d.lgs 196/03.**
>
> Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all' art. 7 del D-LG 196/03, Lei volesse decidere l'eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.
> Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.
>
> You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data

treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.n.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.
For further information, contact our firm to the above mentioned address.

---

**Da:** Chris Kayem <chriskayem@texisle.com>
**Inviato:** venerdì 25 maggio 2018 19:17
**A:** Maura Accini <m.accini@tcbtubi.it>
**Cc:** Andy Mejia <amejia@texisle.com>
**Oggetto:** RE: R: Line Pipe API 5L

We have a line pipe spec I will have our quality manager send to you. Hopefully that should answer most of your questions. Let me know what time you would like to talk on Monday.

Chris

---

**From:** Maura Accini <m.accini@tcbtubi.it>
**Sent:** Friday, May 25, 2018 10:48 AM
**To:** Chris Kayem <chriskayem@texisle.com>
**Cc:** Andy Mejia <amejia@texisle.com>
**Subject:** R: R: Line Pipe API 5L

Dear Chris,
Do you have some more requirement for the logistic?
Maybe Monday during my meeting it will be necessary to talk by phone for some details.
Thanks for your availability.

If I don’t here you again today,
I wish you a good week end.
regards

Distinti Saluti/Best Regards/Gruesse
Maura Accini

GRUPPO AMENDUNI TUBI ACCIAIO
TECNOTUBI SPA
Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
Tel.+39 0309933231
Email :m.accini@tcbtubi.it
Webside : www.tecnotubi.amendunitubi.it

**Informativa sulla privacy d.lgs 196/03.**

Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all’ art. 7 del D-LG 196/03, Lei volesse decidere l’eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.
Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.

You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.
For further information, contact our firm to the above mentioned address.

---

**Da:** Chris Kayem <chriskayem@texisle.com>
**Inviato:** venerdì 25 maggio 2018 17:04
**A:** Maura Accini <m.accini@tcbtubi.it>
**Cc:** Andy Mejia <amejia@texisle.com>
**Oggetto:** Re: R: Line Pipe API 5L

Hi Maura, I am sorry I missed your call.

Our preference is NO mill lacquer. We would like some protective coating only on the stencil but no coating on the pipe. Any improvement on delivery would be appreciated.

Please let me know if you would still like to have a call and I can make myself available.

Chris

On May 25, 2018, at 9:56 AM, Maura Accini <m.accini@tcbtubi.it> wrote:

> Dear Chris,
> I tried to contact you by phone but it was the voicemail so I write to you.
>
> We are considering your proposal about the price and to send you a definitive offer. We are arranging the plan of production to grant you a correct delivery.
> Monday I will meet with my colleague to put in order the plan of delivery and then I will be able to send you our official and detail offer.
>
> I would need to ask you if the pipes need to be lacquered or not. This will influence a little bit the delivery time.
>
> Waiting for your kind reply, I remain at disposal if you would like to call me.
> regards
> Distinti Saluti/Best Regards/Gruesse
> Maura Accini
>
> GRUPPO AMENDUNI TUBI ACCIAIO
> TECNOTUBI SPA
> Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
> Tel.+39 0309933231
> Email :m.accini@tcbtubi.it
> Webside : www.tecnotubi.amendunitubi.it

**Informativa sulla privacy d.lgs 196/03.**

Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all' art. 7 del D-LG 196/03, Lei volesse decidere l'eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.
Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.

You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.
For further information, contact our firm to the above mentioned address.

---

**Da:** Chris Kayem <chriskayem@texisle.com>
**Inviato:** martedì 22 maggio 2018 21:05
**A:** Maura Accini <m.accini@tcbtubi.it>
**Cc:** Andy Mejia <amejia@texisle.com>
**Oggetto:** RE: Line Pipe API 5L

Thank you Maura,

Two more questions?

1. Would you please consider reducing the price by $20 per metric ton?
2. Are you able to make **Diam:** 339,725 x **Thickness:** 8,382 **Grade:** J55 (API 5CT)

Chris

---

**From:** Maura Accini <m.accini@tcbtubi.it>
**Sent:** Tuesday, May 22, 2018 11:11 AM
**To:** Chris Kayem <chriskayem@texisle.com>
**Cc:** Andy Mejia <amejia@texisle.com>
**Subject:** R: Line Pipe API 5L

Dear Chris,
Sure, take your time to check the quote. I would need an answer or consideration later on Tuesday 24th.

About 76,2 x 7,62 I understand you still looking for API 5L pipes and unfortunately we can't produce it. Our API range starts from 4".

In our range we have diam. 76,1 x 7,1
EN10217/EN10219 .

You are welcome
Maura
Distinti Saluti/Best Regards/Gruesse
Maura Accini

GRUPPO AMENDUNI TUBI ACCIAIO
TECNOTUBI SPA
Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
Tel.+39 0309933231
Email :m.accini@tcbtubi.it
Webside : www.tecnotubi.amendunitubi.it

**Informativa sulla privacy d.lgs 196/03.**

Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all' art. 7 del D-LG 196/03, Lei volesse decidere l'eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.
Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.

You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.
For further information, contact our firm to the above mentioned address.

**Da:** Chris Kayem <chriskayem@texisle.com>
**Inviato:** martedì 22 maggio 2018 17:47
**A:** Maura Accini <m.accini@tcbtubi.it>
**Cc:** Andy Mejia <amejia@texisle.com>
**Oggetto:** RE: Line Pipe API 5L

Hello, Maura, thank you for the quote. Please give us a day to review and get back with you tomorrow.

In the meantime, are you able to produce the size **diam:** 76,2 x **thickness:** 7,62?

Thank you,

Chris

**From:** Maura Accini <m.accini@tcbtubi.it>
**Sent:** Monday, May 21, 2018 11:22 AM
**To:** Chris Kayem <chriskayem@texisle.com>
**Cc:** Andy Mejia <amejia@texisle.com>
**Subject:** Line Pipe API 5L

Dear Chris,
as I promised you here my offer for :

| **Line Pipe API 5 L** | **diam.** | **Thickness** | **Metric Tons** |
|---|---|---|---|
| 25,000' – 6 5/8"x.219 X52 PSL2 PEB DRL ERW | 168,3 | 5,56 | 200mt |
| 125,000' – 6 5/8"x.280 X52 PSL2 PEB DRL ERW | 168,3 | 7,11 | 1,200mt |
| 100,000' – 8 5/8"x.250 X52 PSL2 PEB DRL ERW | 219,1 | 6,35 | 1,000mt |
| 50,000' – 8 5/8"x.322 X52 PSL2 PEB DRL ERW | 219,1 | 8,18 | 650mt |
| 50,000' – 10 ¾"x.250 X52 PSL2 PEB DRL ERW | 273 | 6,35 | 650mt |
| 25,000' – 12 ¾"x.375 X52 PSL2 PEB DRL ERW | 323,9 | 9,52 | 375mt |
| | | total | 4.075 Metric Tons |

**Term of payment**: L/C at sight
**Delivery time** : 180 days from L/C date

**Option 1) :** 1.050 USD/Metric Ton
Condition of delivery : CFR Houston Port break bulk

**Option 2)** : 950 USD/Metric Ton
Condition of delivery : FAS Port of Genova.

Offer validity : 3 days.

Waiting for your kind consideration,

Regards
Maura

Distinti Saluti/Best Regards/Gruesse
Maura Accini

GRUPPO AMENDUNI TUBI ACCIAIO
TECNOTUBI SPA
Ufficio Comm. Estero/Sales Dept. /
Verkaufsabt.
Tel.+39 0309933231
Email :m.accini@tcbtubi.it
Webside : www.tecnotubi.amendunitubi.it

**Informativa sulla privacy d.lgs 196/03.**

Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all' art. 7 del D-LG 196/03, Lei volesse decidere l'eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.
Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.

You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.
For further information, contact our firm to the above mentioned address.

---

**Da:** Chris Kayem <chriskayem@texisle.com>
**Inviato:** venerdì 18 maggio 2018 14:13
**A:** Maura Accini <m.accini@tcbtubi.it>
**Cc:** Andy Mejia <amejia@texisle.com>
**Oggetto:** Re: R: Tecnotubi Company - Visit tube 2018

Thank you Maura. No problem at all. We will await your reply.

Chris
On May 18, 2018, at 6:51 AM, Maura Accini <m.accini@tcbtubi.it> wrote:

> Dear Chris,
> sorry about the delay.
> We are talking about a significant quantity and I taken time to verify all

the information and technical details.
Without a doubt at the beginning of next week I will reply to you.
Thanks and regards

Distinti Saluti/Best Regards/Gruesse
Maura Accini

GRUPPO AMENDUNI TUBI ACCIAIO
TECNOTUBI SPA
Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
Tel.+39 0309933231
Email :m.accini@tcbtubi.it
Webside : www.tecnotubi.amendunitubi.it

---

**Informativa sulla privacy d.lgs 196/03.**

Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all’ art. 7 del D-LG 196/03, Lei volesse decidere l’eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.
Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.

You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.
For further information, contact our firm to the above mentioned address.

---

**Da:** Chris Kayem <chriskayem@texisle.com>
**Inviato:** venerdì 11 maggio 2018 17:40
**A:** Maura Accini <m.accini@tcbtubi.it>; Andy Mejia <amejia@texisle.com>

**Oggetto:** RE: Tecnotubi Company - Visit tube 2018

Hi Maura,

I apologize for the confusion. Let's try this again:

| **Line Pipe** | diam. | Thickness | Metric Tons |
|---|---|---|---|
| 6 5/8"x.219 X52 PSL2 PEB DRL ERW | 168,3 | 5,6 | 200mt |
| 6 5/8"x.280 X52 PSL2 PEB DRL ERW | 168,3 | 7,1 | 1,200mt |
| 8 5/8"x.250 X52 PSL2 PEB DRL ERW | 219,1 | 6,4 | 1,000mt |
| 8 5/8"x.322 X52 PSL2 PEB DRL ERW | 219,1 | 8 | 650mt |
| 10 ¾"x.250 X52 PSL2 PEB DRL ERW | 273 | 6,4 | 650mt |
| 12 ¾"x.375 X52 PSL2 PEB DRL ERW | 323,9 | 9,6 | 375mt |

All together this would amount to four thousand and seventy-five (4,075) metric tons for the total order.

Please let me know if further clarification is necessary.

Thank you for working with us on this.

Chris

---

**From:** Maura Accini <m.accini@tcbtubi.it>
**Sent:** Friday, May 11, 2018 4:02 AM
**To:** Chris Kayem <chriskayem@texisle.com>; Andy Mejia <amejia@texisle.com>
**Subject:** Tecnotubi Company - Visit tube 2018

Dear Chris,
Thanks for your list.

Here the conversion :

| | Line Pipe | diam | thickness |
|---|---|---|---|
| 25,000 | 6 5/8”x.219 X52 PSL2 PEB DRL ERW | 168,3 | 5,6 |
| 125,000 | 6 5/8”x.280 X52 PSL2 PEB DRL ERW | 168,3 | 7,1 |
| 100,000 | 8 5/8”x.250 X52 PSL2 PEB DRL ERW | 219,1 | 6,4 |
| 50,000 | 8 5/8”x.322 X52 PSL2 PEB DRL ERW | 219,1 | 8 |
| 50,000 | 10 ¾”x.250 X52 PSL2 PEB DRL ERW | 273 | 6,4 |
| 25,000 | 12 ¾”x.375 X52 PSL2 PEB DRL ERW | 323,9 | 9,6 |

I don’t understand the quantity. It’s about mt, nr. Of pipes, or Tons.
And missing the length mt.

Waiting for your kind reply
regards

Distinti Saluti/Best Regards/Gruesse
Maura Accini

GRUPPO AMENDUNI TUBI ACCIAIO
TECNOTUBI SPA
Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
Tel.+39 0309933231
Email :m.accini@tcbtubi.it
Webside : www.tecnotubi.amendunitubi.it

___

**Informativa sulla privacy d.lgs 196/03.**

Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all’ art. 7 del D-LG 196/03, Lei volesse decidere l’eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.
Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.

You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the

obligations for the data treatment and therefore we can grant the utmost security in case of loss and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.
For further information, contact our firm to the above mentioned address.

---

**Da:** Chris Kayem <chriskayem@texisle.com>
**Inviato:** venerdì 11 maggio 2018 00:14
**A:** Maura Accini <m.accini@tcbtubi.it>; Andy Mejia <amejia@texisle.com>
**Oggetto:** RE: Tecnotubi Company - Visit tube 2018

Hi Maura,

Would you please quote the following items to API 5L:

**Line Pipe**
25,000’ – 6 5/8”x.219 X52 PSL2 PEB DRL ERW
125,000’ – 6 5/8”x.280 X52 PSL2 PEB DRL ERW
100,000’ – 8 5/8”x.250 X52 PSL2 PEB DRL ERW
50,000’ – 8 5/8”x.322 X52 PSL2 PEB DRL ERW
50,000’ – 10 ¾”x.250 X52 PSL2 PEB DRL ERW
25,000’ – 12 ¾”x.375 X52 PSL2 PEB DRL ERW

Please let us know if you would like for us to convert to metric. Also, please quote delivered to the port of Corpus Christi. If this is not something you have experience with then please quote delivered to the nearest port of export.

Let me know if you have any questions or require any clarification. Thank you and we look forward to receiving your quote.

Sincerely,

Chris

**From:** Maura Accini
<m.accini@tcbtubi.it>
**Sent:** Thursday, May 10, 2018 1:59 AM
**To:** Chris Kayem
<chriskayem@texisle.com>; Andy Mejia <amejia@texisle.com>
**Subject:** R: Tecnotubi Company - Visit tube 2018

Hello,
Thanks for your reply.
Yes we can offer API 5L and 5CT.
Waiting for your assortment.

Maura
Distinti Saluti/Best Regards/Gruesse
Maura Accini

GRUPPO AMENDUNI TUBI ACCIAIO
TECNOTUBI SPA
Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
Tel.+39 0309933231
Email :m.accini@tcbtubi.it
Webside :
www.tecnotubi.amendunitubi.it

**Informativa sulla privacy d.lgs 196/03.**

Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all' art. 7 del D-LG 196/03, Lei volesse decidere l'eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.
Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.

You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it

will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.
For further information, contact our firm to the above mentioned address.

---

**Da:** Chris Kayem <chriskayem@texisle.com>
**Inviato:** mercoledì 9 maggio 2018 21:01
**A:** Maura Accini <m.accini@tcbtubi.it>; Andy Mejia <amejia@texisle.com>
**Oggetto:** RE: Tecnotubi Company - Visit tube 2018

Hello Maura,

Thank you for the note. Let us put together an assortment for you to quote. Can you quote API 5L and 5CT?

Chris

---

**From:** Maura Accini <m.accini@tcbtubi.it>
**Sent:** Tuesday, May 8, 2018 11:08 AM
**To:** Andy Mejia <amejia@texisle.com>
**Cc:** Chris Kayem <chriskayem@texisle.com>
**Subject:** Tecnotubi Company - Visit tube 2018
**Importance:** High

Dear Mr. Mejia & Mr. Kayem;

First of all, I would like to thank you for your visit in our stand during the Tube Exhibition 2018.
I would like to introduce myself. My name is Maura Accini and I'm in charge of the sales department of Tecnotubi Company.
We are manufacturer of welded and tested round/square and rectangular pipes, galvanized and gas pipelines.
Our range of production is from **diam. 42,4 mm to 508 mm** and **thickness from 2 mm to 10 mm**.

It would be a very big pleasure to have the possibility to offer you something from our production and to start with a good cooperation.

Here attached I send you our catalogue.

Waiting for your kind reply
Best Regards

Distinti Saluti/Best Regards/Gruesse
Maura Accini

GRUPPO AMENDUNI TUBI ACCIAIO
TECNOTUBI SPA
Ufficio Comm. Estero/Sales Dept. / Verkaufsabt.
Tel.+39 0309933231
Email :m.accini@tcbtubi.it

**Informativa sulla privacy d.lgs 196/03.**

Lei ha ricevuto questo messaggio poiché inserito nella rubrica della nostra società. In base alle disposizioni del D.LGS 196/03 La informiamo che la nostra azienda ha ottemperato a tutti gli obblighi di trattamento dei dati ed è quindi in grado di assicurare la massima protezione circa la perdita e la diffusione dei suoi dati personali. Qualora, in base all' art. 7 del D-LG 196/03, Lei volesse decidere l'eliminazione della sua anagrafica dalla nostra banca dati sarà sufficiente una comunicazione scritta ai nostri recapiti e, in tempi brevi, verrà immediatamente escluso dai nostri archivi. Il presente messaggio è prettamente confidenziale. Qualora questo messaggio fosse da Lei ricevuto per errore la preghiamo di comunicarcelo con tempestività e di distruggerlo o eliminarlo completamente.
Per ulteriori informazioni circa la tutela dei suoi dati e circa il Titolare del Trattamento è pregato di contattare la nostra sede ai recapiti sopra indicati.

You have received this message as included in our records. According to the Leg. Decree 196/03, we inform you that our company complied with all the obligations for the data treatment and therefore we can grant the utmost security in case of loos and the circulation of your personal data. If you decide, as the art.nr.7 of the Leg.Decree 196/03, to remove your name from our files, you will have just to send us a written request and in a short time it will be deleted. This message is extremely confidential. If you receive it by mistake, please inform us immediately and destroy or cancel it completely.
For further information, contact our firm to the above mentioned address.

<Oversea export pipes.pdf>