UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TECNOTUBI S.P.A.,

                Petitioner,

-against-　　　　　　　　　　　　　　　　　　　　23 **CIVIL** 7263 (VSB)

## JUDGMENT

TEX-ISLE SUPPLY, INC. and ALESSIO
TUBI S.P.A,

                Respondents.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 1, 2025, Tecnotubi's motion to vacate the Final Award is DENIED and Tex-Isle's cross motion to confirm the Final Award is GRANTED. Judgment is entered in favor of Tex-Isle and against Tecnotubi in the amount of: (i) $2,234,796.19 in damages and pre-award and post-award interest; (ii) $ 257,382.69 in costs; and (iii) post-judgment interest. Post-judgment interest shall accrue at the statutory rate pursuant to 28 U.S.C. § 1961 from the date judgment is entered until payment is made in full.

**Dated:**  New York, New York
      August 4, 2025

                                            **TAMMI M. HELLWIG**
                                            **Clerk of Court**

                   **BY:**      *K. Mango*

                                            **Deputy Clerk**